1  Alan Harris (SBN 146079)
   Jonathan Ricasa (SBN 223550)
2  David Zelenski (SBN 231768)
   HARRIS & RUBLE
3  5455 Wilshire Boulevard, Suite 1800
   Los Angeles, CA 90036
4  Telephone:  (323) 931-3777
   Facsimile:  (323) 931-3366
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  JOHN KIM, individually and on          )   Case No. CV-09-00046 ODW (VBKx)
    behalf of all others similarly         )
12  situated,                              )   **FIRST AMENDED COMPLAINT**
                                           )
13              Plaintiff,                 )   Hon. Otis D. Wright II
                                           )   Courtroom No. 11
14          v.                             )
                                           )   1. Cal. Lab. Code §§ 510, 1194—
15  CVS Rx SERVICES, INC. and              )      Minimum Wage and Overtime
    DOE 1 through and including DOE        )
16  100,                                   )   2. Cal. Lab. Code §§ 201, 202, 203—
                                           )      Continuing Wages
17              Defendants.                )
                                           )   3. Fair Labor Standards Act, 29 U.S.C.
18                                         )      § 206, 207—Minimum Wages,
                                           )      Overtime
19                                         )
                                           )   4. Cal. Bus. & Prof. Code § 17200 *et*
20                                         )      *seq.*—Disgorgement of Profits and
                                           )      Injunction
21                                         )
                                           )   5. Cal Lab. Code §§ 226.7, 512—
22                                         )      Meal Penalty and Rest Period
                                           )      Violations
23                                         )
                                           )   6. Cal. Lab. Code § 226(b)—Failure to
24                                         )      provide records
                                           )
25                                         )   7. Cal. Lab. Code § 2802—
                                           )      Indemnification for Expenditures or
26                                         )      Losses in Discharge of Duties
                                           )
27                                         )   8. Cal. Lab. Code § 2699, Labor Code
                                           )      Private Attorneys Act of 2004—Civil
28                                         )      Penalties

|   |   |
|---|---|
| 1 |  ) |
| 2 |  )    9.  Cal. Lab. Code section 226—Failure |
| 3 |  )         to Provide Adequate Pay Stubs |
|   |  ) |
| 4 |  )    **CLASS ACTION** |
| 5 |  )    **DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, and for his causes of action against Defendant, alleges:

## PARTIES AND JURISDICTION

(1) Plaintiff JOHN KIM ("KIM") is an individual who, at time periods relevant to this Complaint, was intermittently employed by Defendant within the County of Los Angeles, State of California.  Plaintiff is a resident of Los Angeles County, California.

(2) Defendant CVS Rx SERVICES, INC. ("CVS"), a New York Corporation, was and is doing business within the State of California, County of Los Angeles.

(3) This Court has federal question jurisdiction under 28 U.S.C. § 1367(a) and 1441(c).  Under 28 U.S.C. § 1367(a) and 1441(c), this Court may exercise supplemental jurisdiction over Plaintiff's state law claims.  There are no grounds that would justify this Court in declining to exercise its jurisdiction pursuant to 28 U.S.C. § 1367(c).

## GENERAL ALLEGATIONS

(4) CVS operates over 5,375 pharmacy retail stores nationwide, many of these in California.

(5) CVS stores in California employ both full-time and part-time Pharmacists. These employees are paid by the hour and are primarily engaged in nonexempt duties.

(6) CVS requires one Pharmacist to be on duty, in the store at all times.

(7) On workdays, CVS stores typically have only one Pharmacist on duty per shift. The Pharmacist employee typically works either a morning/afternoon or an afternoon/evening shift.  As a result, Pharmacists have been forced to work four or more consecutive hours without a rest period, and five or more consecutive hours without a meal period, in violation of IWC wage orders and the California Labor Code.  Due to the Pharmacist's responsibilities to safeguard narcotics and to properly serve the patients,

they are routinely forced to forego their rest periods.

(8) If a Pharmacist has to work a double shift, he or she may have worked at least twelve hours or more without a rest period or off duty meal period in violation of IWC wage orders and the California Labor Code.

(9) The practices at CVS with respect to timekeeping records also forced Pharmacists to work hours without compensation, including overtime hours.

(10) The common policies of Defendant, requiring Pharmacists to be in the store at all times, while only scheduling one Pharmacist per shift, ignored the requirements of IWC Wage Orders and the California Labor Code, and forced Pharmacists at CVS pharmacies to forfeit their rights under state law.

(11) As a result of Defendant's policy of denying to Plaintiff and the Class Members meal and rest periods, Plaintiff and the Class Members are entitled to compensation for time worked and restitution for each day these meal and rest periods were not provided, as well as resulting civil penalties and attorney's fees and costs.

(12) CVS employed KIM beginning in 2006.

(13) During his employment with CVS, KIM performed labor for CVS as a pharmacist, on some occasions working in excess of eight hours per day, forty hours per week, and often working without rest periods or meal breaks.

(14) The vast majority of KIM's workweek was spent performing non-exempt functions.

(15) Since the summer of 2008, when KIM complained about CVS policies through the date of the filing of the Complaint filed January 5, 2009, KIM was not called to work for CVS. Previously, he did not work for Defendant unless he received notice that he was scheduled to work on a specific date. On occasion, Defendant would not advise KIM of an opportunity to work for more than a week after a layoff, without a return date in the pay period. Nevertheless, KIM was paid in the regular pay cycle, not when terminated without a return day in the pay period.

(16) Defendant has a policy and practice of requiring a Pharmacist to remain in the store at all times. However, rather than employing and/or scheduling Pharmacists so that their shifts overlap to some reasonable degree, CVS requires each Pharmacist to stay on duty, without sufficient back-up, for extended periods of time. This policy and practice results in Pharmacists being unlawfully forced to skip the off-duty meal and rest periods to which they are entitled by law.

(17) Defendant's practices are in violation of the California Industrial Welfare Commission Order 4-2001, California Code of Regulations, Title 8, Chapter S, section 11040; California Labor Code sections 200, 201, 202, 203, 204, 226, 226.7; and California Business and Professions Code section 17200, *et seq*. These laws require employers to provide their employees with an off-duty meal period of at least 30 minutes for every five hours the employee spends on the job, and with a rest period of at least 10 minutes for every four hours of work or major fraction thereof. Employers must relieve their employees of all duties during these meal and rest periods to comply with their legal obligations. These laws also require employers to provide their employees with accurate itemized wage statements.

(18) Despite these requirements, Defendant has an unlawful policy and practice of staffing their pharmacy retail stores in a manner that obligates the Pharmacist on duty to remain in the store and on duty through required meal and rest periods. Defendant required Pharmacists to work at least seven or more consecutive hours without a meal or rest period.

(19) Defendant has a policy and practice of inaccurately recording and/or encouraging the mis-recording of hours worked by Pharmacists. As a result, Pharmacists are routinely denied credit for all hours worked and, therefore, are denied compensation for all hours worked, including overtime hours worked.

(20) At all relevant times mentioned herein, section 510 of the California Labor Code provided:

> Eight hours of labor constitutes a day's work.  Any work in excess of eight hours in one workday and any work in excess of 40 hours in any one workweek and the first eight hours worked on the seventh day of work in any one workweek shall be compensated at the rate of no less than one and one-half times the regular rate of pay for an employee.  Any work in excess of 12 hours in one day shall be compensated at the rate of no less than twice the regular rate of pay for an employee.  In addition, any work in excess of eight hours on any seventh day of a workweek shall be compensated at the rate of no less than twice the regular rate of pay of an employee.

IWC Wage Order 4-2001, 8 Cal. Code Regs. section 11040 has identical requirements.

(21) At all relevant times mentioned herein, section 1194 of the California Labor Code provided:

> Notwithstanding any agreement to work for a lesser wage, any employee receiving less than the legal minimum wage or the legal overtime compensation applicable to the employee is entitled to recover in a civil action the unpaid balance of the full amount of this minimum wage or overtime compensation, including interest thereon, reasonable attorney's fees, and costs of suit.

(22) Again, during his employment with CVS, when KIM worked in excess of eight hours per day and he was not paid for all hours worked.  For example, based on data currently available and subject to correction when all documentation is reviewed, during the week April 1-7, 2007, KIM worked for over 42 hours, including more than 8 hours on April 3, 2007 and for ten hours on April 7, 2007, but he was not paid for any overtime for work in excess of forty hours per week or for any overtime for work in excess of 8 hours per day.  Exhibit 1.  During the week April 8-14, 2007, KIM worked for 39 hours and forty minutes, but he was only paid for 16.20 hours.  Exhibit 2.  During the week April 15-21, 2007, KIM worked for 35.16 hours, but he was only paid for 31.10 hours.  Exhibit

3.  During the week May 27 to June 2, 2007, KIM worked for 18.50 hours, but he was only paid for 9.7 hours.  Kim was not paid any overtime for ten hours worked on June 2, 2007.  Kim was not paid proper reporting time pay for May 28, 2007.  Exhibit 4.  During the week June 10-16, 2007, KIM worked for 7 hours, but he was only paid for 6.10 hours.  Exhibit 5.  During the week June 24-30, 2007, KIM worked for 16 hours, but he was only paid for 10 hours.  He worked for 10 hours on June 30, 2007, but was not paid any overtime.  Exhibit 6.  During the week July 1-7, 2007, KIM worked for 22 hours, but he was only paid for 8 hours.  He worked for 10 hours on July 7, 2007, but was not paid any overtime.  Exhibit 7.  During the week July 29-August 4, 2007, KIM worked for 22 hours, but he was only paid for 10.10 hours.  He worked for 10 hours on August 4, 2007, but was not paid any overtime.  Exhibit 8.  During the week August 12-18, 2007, KIM worked for 43 hours, but he was only paid for 26 hours.  He was not paid any overtime for hours worked in excess of 8 per day or 40 per week.  Exhibit 9.  During the week August 19-25, 2007, KIM worked for 15 hours, but he was only paid for 8 hours.  Exhibit 10.  During the week September 9-15, 2007, KIM worked for 15 hours, but he was only paid for 3.5 hours.  He was not paid any overtime for hours worked in excess of 8 per day on September 15, 2007, when he worked for 10 hours.  Exhibit 11.  During the week September 16-22, 2007, KIM worked for 54 hours, but he was only paid for 43.4 hours.  He was not paid all overtime for hours worked in excess of 8 per day or 40 per week.  Exhibit 12.  During the week October 21-27, 2007, KIM worked for over 40 hours, but he was only paid for 8 hours.  He was not paid all overtime for hours worked in excess of 8 per day or 40 per week.  Exhibit 13.  During the week November 18-24, 2007, KIM worked for 31 hours, but he was only paid for 22 hours.  He was not paid all overtime for hours worked in excess of 8 per day.  Exhibit 14.  During the week December 16-22, 2007, KIM worked for 14.50 hours, but he was only paid for 4.50 hours.  He was not paid all overtime for hours worked in excess of 8 per day on December 22, 2007.  Exhibit 15.  During the week of December 30, 2007-January 5, 2008, KIM worked for 16 hours, but

he was only paid for 10.20 hours. He was not paid all overtime for hours worked in excess of 8 per day. Exhibit 16. During the week of January 6-12, 2008, KIM worked for 15.50 hours, but he was only paid for 6.50 hours. Exhibit 17. During the week April 27 to May 3, 2008, KIM worked for 18 hours, being deprived of 4 hours of compensation at time and one half and 6 hours of compensation, at all. Exhibit 18. During the week May 25-31, 2008, KIM worked for 19 hours, but he was only paid for 12.5 hours. Exhibit 19. During the week June 8-14, 2008, KIM worked for 22 hours, but he was only paid for 6.1 hours of work. On June 14, 2008, Kim worked for a total of 10 hours, but was not paid at all, for either straight time or overtime. Exhibit 20. During the week June 15-21, 2008, KIM worked for 18 hours, but he was only paid for 8 hours of work. On June 21, 2008, Kim worked for a total of 10 hours, but was not paid at all, for either straight time or overtime. Exhibit 21. During the week June 22-28, 2008, KIM worked for 15 hours, but he was only paid for 6 hours of work. Exhibit 22. During the week July 6-12, 2008, KIM worked for 14 hours, but he was only paid for 6 hours of work. Exhibit 23. During the week July 13-19, 2008, KIM worked for 10 hours, but he was only paid for 5 hours of work. Exhibit 24. During the week July 20-26, 2008, KIM worked for 17 hours and 40 minutes, but he was only paid for 16 hours and twenty minutes of work. Exhibit 25.

(23) KIM therefore is entitled to accrued but unpaid wages and overtime wages on account of the services he performed for CVS.

(24) Moreover, at all relevant times mentioned herein, section 201 of the California Labor Code provided that "wages earned and unpaid at the time of discharge are due and payable immediately."

(25) CVS did not compensate KIM as required by section 201 et seq. of the California Labor Code.

(26) To date, KIM has not been compensated fully for the work that he performed for CVS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(27) At all relevant times mentioned herein, section 203 of the California Labor Code provided:

> If an employer willfully fails to pay, without abatement or reduction, in accordance with Sections 201, 201.5, 202 and 202.5, any wages of an employee who is discharged or who quits, the wages of the employee shall continue as a penalty from the due date thereof at the same rate until paid or until action therefor is commenced; but the wages shall not continue for more than 30 days.

(28) KIM contends that CVS's failure to pay him within the time provided by section 201 of the California Labor Code was and is "willful" within the meaning of section 203 of the California Labor Code and that, accordingly, he is entitled to the "continuing" wages provided for by section 203.

(29) Moreover, at all relevant times mentioned herein, section 218.6 of the California Labor Code provided:

> In any action brought for the nonpayment of wages, the court shall award interest on all due and unpaid wages at the rate of interest specified in subdivision (b) of Section 3289 of the Civil Code, which shall accrue from the date that the wages were due and payable as provided in Part 1 (commencing with Section 200) of Division 2.

(30) At all relevant times mentioned herein, California Wage Order No. 4 (as periodically amended) applied to KIM.

(31) The applicable California Wage Order requires a one-hour wage premium for each day that an employee is not provided with a mandated ten-minute rest period per four-hour work period. Additionally, the applicable California Wage Order requires a one-hour wage premium for each day that an employee is not provided with a mandated thirty-minute meal period for any shift that is longer than five hours.

(32) The right to rest periods and meal periods has been codified in sections 226.7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

and 512 of the California Labor Code.  At all relevant times mentioned herein, section 512(a) provided:

> An employer may not employ an employee for a work period of more than five hours per day without providing the employee with a meal period of not less than 30 minutes, except that if the total work period per day of the employee is no more than six hours, the meal period may be waived by mutual consent of both the employer and employee.  An employer may not employ an employee for a work period of more than 10 hours per day without providing the employee with a second meal period of not less than 30 minutes, except that if the total hours worked is no more than 12 hours, the second meal period may be waived by mutual consent of the employer and the employee only if the first meal period was not waived.

At all relevant times mentioned herein, section 226.7(b) provided:

> If an employer fails to provide an employee a meal period or rest period in accordance with an applicable order of the Industrial Welfare Commission, the employer shall pay the employee one additional hour of pay at the employee's regular rate of compensation for each work day that the meal or rest period is not provided.

(33) Compensation for missed rest and meal periods constitutes wages within the meaning of section 201 of the California Labor Code.

(34) At all relevant times mentioned herein, section 558 of the California Labor Code provided:

> (a) Any employer or other person acting on behalf of an employer who violates, or causes to be violated, a section of this chapter or any provision regulating hours and days of work in any order of the Industrial Welfare Commission shall be subject to a civil penalty as follows:  (1) For any initial violation, fifty dollars ($50) for each underpaid employee for each pay

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages. (2) For each subsequent violation, one hundred dollars ($100) for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages. (3) Wages recovered pursuant to this section shall be paid to the affected employee.

(35) KIM contends that the failure of CVS to comply with section 512 of the California Labor Code and with the applicable Wage Order subjects CVS to civil penalties pursuant to section 558.

(36) At all times relevant herein, the relevant portion of section 2802 of the California Labor Code provided:

(a) An employer shall indemnify his or his employee for all necessary expenditures or losses incurred by the employee in direct consequence of the discharge of his or his duties, or of his or his obedience to the directions of the employer, even though unlawful, unless the employee, at the time of obeying the directions, believed them to be unlawful.

(b) All awards made by a court or by the Division of Labor Standards Enforcement for reimbursement of necessary expenditures under this section shall carry interest at the same rate as judgments in civil actions. Interest shall accrue from the date on which the employee incurred the necessary expenditure or loss.

(c) For purposes of this section, the term "necessary expenditures or losses" shall include all reasonable costs, including, but not limited to, attorney's fees incurred by the employee enforcing the rights granted by this section.

(37) Section 204(a) of the California Labor Code provides, in part:

All wages, other than those mentioned in Section 201, 202, 204.1, or 204.2,

earned by any person in any employment are due and payable twice during each calendar month, on days designated in advance by the employer as the regular paydays. Labor performed between the 1st and 15th days, inclusive, of any calendar month shall be paid for between the 16th and the 26th day of the month during which the labor was performed, and labor performed between the 16th and the last day, inclusive, of any calendar month, shall be paid for between the 1st and 10th day of the following month. . . .

(38) California Labor Code section 558(a) and section 20 of IWC Wage Order 7-2001 further provide for civil penalties against any employer or other person acting on behalf of an employer who violates, or causes to be violated, these overtime pay requirements in the following amounts: (1) for any initial violation, fifty dollars ($50) for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages; and (2) for each subsequent violation, one hundred dollars ($100) for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages. Also, California Labor Code sections 2698 et seq. (PAGA), provides for a civil penalty of one hundred dollars ($100) for each aggrieved employee per pay period for the initial violation and two hundred dollars ($200) for each aggrieved employee per pay period for each subsequent violation.

(39) Moreover, at all relevant times mentioned herein, section 226 of the California Labor Code provided:

(a) Every employer shall, semimonthly or at the time of each payment of wages, furnish each of her or her employees, either as a detachable part of the check, draft, or voucher paying the employee's wages, or separately when wages are paid by personal check or cash, an accurate itemized statement in writing showing (1) gross wages earned, (2) total hours worked by the employee, except for any employee whose compensation is solely

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

based on a salary and who is exempt from payment of overtime under subdivision (a) of Section 515 or any applicable order of the Industrial Welfare Commission, (3) the number of piece-rate units earned and any applicable piece rate if the employee is paid on a piece-rate basis, (4) all deductions, provided that all deductions made on written orders of the employee may be aggregated and shown as one item, (5) net wages earned, (6) the inclusive dates of the period for which the employee is paid, (7) the name of the employee and his or her social security number, except that by January 1, 2008, only the last four digits of his or her social security number or an existing employee identification number other than a social security number may be shown on the check, (8) the name and address of the legal entity that is the employer, and (9) all applicable hourly rates in effect during the pay period and the corresponding number of hours worked at each hourly rate by the employee.  The deductions made from payments of wages shall be recorded in ink or other indelible form, properly dated, showing the month, day, and year, and a copy of the statement or a record of the deductions shall be kept on file by the employer for at least three years at the place of employment or at a central location within the State of California.
. . . .

(e) An employee suffering injury as a result of a knowing and intentional failure by an employer to comply with subdivision (a) is entitled to recover the greater of all actual damages or fifty dollars ($50) for the initial pay period in which a violation occurs and one hundred dollars ($100) per employee for each violation in a subsequent pay period, not exceeding an aggregate penalty of four thousand dollars ($4,000), and is entitled to an award of costs and reasonable attorney's fees.

(40) Plaintiff contends that Defendant failure to furnish him with certain of the

information required by section 226(a) of the California Labor Code entitles him to the greater of actual damages or $50 for the initial pay period in which a violation occurred and $100 for each subsequent violation for a total of $4,000.  For example, Defendant failed to provide information concerning all applicable hourly rates in effect during the pay periods that Plaintiff worked, and information concerning the corresponding number of hours worked at each hourly rate.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

(41) The class represented by Plaintiff consists of all Pharmacists who were tendered a paycheck by Defendant in California during the four years before the filing of this Complaint through the date of the filing of a Motion for Class Certification.

(42) The number of persons within the plaintiff Class is great, believed to be in excess of 1600 persons.  It is, therefore, impractical to join each member of the class as a named plaintiff.  Accordingly, utilization of a class action is the most economically feasible means of determining the merits of this litigation.

(44) Despite the numerosity of the members of the plaintiff Class, membership within the plaintiff Class is readily ascertainable through an examination of the records which Defendant is required by law to keep and which they have kept.  Likewise, the dollar amounts owed to each member of the plaintiff Class are readily ascertainable by an examination of the same records.

(45) The plaintiff Class is proper insofar as common questions of fact and of law predominate over individual issues regarding the money owed to each Class member.  These common questions of law and fact include, without limitation:

a.      The job requirements and responsibilities of Pharmacists at CVS, including CVS's expectations with respect to these job requirements and responsibilities;

b.      The scheduling policies and practices of CVS with respect to its Pharmacists;

c.    The impact of CVS's scheduling policies and practices on the provision of meal and rest periods;

d.    CVS's policies and practices with respect to tracking hours worked, including overtime hours, meal breaks and rest breaks;

e.    Whether Defendant's policy and practice of denying meal and rest breaks to its Pharmacists violates California labor laws;

f.    Whether Defendant's denial of meal and rest periods to Pharmacists is an unlawful, unfair or fraudulent business act or practice in violation of Business and Professions Code section 17200 *et seq.;*

g.    Whether Defendant's payroll policies and practices have violated the California Labor Code and/or the Unfair Business Practices Act, resulting in the provision wage statements that do not accurately reflect the employee earnings other items listed in California Labor Code section 226(a);

h.    Whether Defendant violated California Labor Code sections 201-202 and/or the Unfair Business Practices Act by failing to promptly pay Plaintiff all wages upon termination of their employment;

i.    The proper formula for calculating restitution, back-wages, damages, other monetary relief, and continuing wages owed to Plaintiff and the Class as alleged herein; and

j.    The effect of certification of a settlement class in Dat Chau v. CVS Rx Services, Inc., Los Angeles Superior Court (BC349224)(March 10, 2008) and in Hernandez v. CVS, Los Angeles Superior Court (BC368437)(March 26, 2007).

(46) There is a well-defined community of interest in the questions of law and fact common to the plaintiff Class.

(47) The claims of Plaintiff are typical of the claims of the members of the Class which all arise out of the same general operative facts, i.e., Defendant did not compensate

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

its employees as required by the California Labor Code. Plaintiff has no conflicts of interest with the other members of the plaintiff Class and he is able to fairly and adequately represent the interests of such class.

(48) A class action is a superior method for the fair and efficient adjudication of this controversy. The persons within the Class are so numerous that joinder of all of them is impracticable. The disposition of all claims of the members of the Class in a class action, rather than in individual actions, will benefit the parties and the court. The interest of the class members in controlling the prosecution of separate claims against the Defendant is small when compared with the efficiency of a class action.

## FLSA COLLECTIVE ACTION ALLEGATIONS

(49) In this FLSA collective action, Plaintiff seeks to represent all Pharmacists who were employed by Defendant in the United States during the three years prior to the filing of this Complaint through the date of the filing of a Motion for Certification of the Collective Action.

(50) Plaintiff is similarly situated with the COLLECTIVE ACTION MEMBERS in that:

    a.    Plaintiff and the COLLECTIVE ACTION MEMBERS were employed by Defendant;

    b.    Plaintiff and the COLLECTIVE ACTION MEMBERS were not paid their minimum wages and/or overtime wages in timely fashion;

    c.    Defendant knowingly and willfully violated provisions of the FLSA, by not paying Plaintiff and the COLLECTIVE ACTION MEMBERS their minimum wages and/or overtime wages when due;

    d.    As a result of Defendant's practice of withholding timely compensation for all hours worked, Plaintiff and the COLLECTIVE ACTION MEMBERS have been similarly damaged in that they have not received timely payment of their earned minimum wages and/or overtime wages.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(51) This action is maintainable as an "opt-in" collective action pursuant to 29 U.S.C. § 216 (b) as to claims for unpaid minimum wages, liquidated damages, costs and attorney's fees under the FLSA.

(52) All individuals employed by Defendant should be given notice and be allowed to give their consent in writing, i.e., "opt in," to the collective action pursuant to 29 U.S.C. § 216 (b).

### FIRST CLAIM FOR RELIEF

(Cal. Lab. Code §§ 510, 1194—Overtime)

(53) Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in this Complaint.

(54) Plaintiff and class members worked numerous hours of overtime on behalf of Defendant, and Defendant has failed to provide to Plaintiff and class members their overtime wages notwithstanding section 510 of the California Labor Code.  Accordingly, pursuant to section 1194 of the California Labor Code, Plaintiff is entitled to damages according to proof, interest thereon, attorney's fees, and costs of suit.

### SECOND CLAIM FOR RELIEF

(Cal. Lab. Code §§ 201, 202, 203—Continuing Wages)

(55) Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in this Complaint.

(56) Defendant's failure to compensate Plaintiff and class members within the time provided by sections 201 and 202 of the California Labor Code, despite Defendant's knowledge of its obligation to do so, was "willful" within the meaning of section 203 of the California Labor Code.  Plaintiff, therefore, is entitled to continuing wages from the date on which his wages were due until the date on which Defendant makes payment of the wages, not to exceed thirty days.

### THIRD CLAIM FOR RELIEF

(Fair Labor Standards Act, 29 U.S.C. §§ 206, 207—Minimum Wage and Overtime)

(57) Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in this Complaint.

(58) The Fair Labor Standards Act provides, in pertinent part:

Every employer shall pay to each of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, [minimum] wages.

29 U.S.C. § 206(a). Further, 29 U.S.C. § 207 requires that individuals be paid overtime for work in excess of forty hours per week.

(59) Plaintiff and class members have not been paid the minimum and overtime wages to which they are entitled.

(60) Accordingly, pursuant to 29 U.S.C. § 216, Plaintiff and class members are entitled to damages according to proof, liquidated damages, attorney's fees, and costs of suit.

## FOURTH CLAIM FOR RELIEF

(Cal. Bus. & Prof. Code § 17200 *et seq.*—Disgorgement of Profits and Injunction)

(61) Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in this Complaint.

(62) Defendant is a "person" within the meaning of section 17201 of the California Business and Professions Code.

(63) As set forth in this Complaint, Plaintiff is informed, believes, and thereon alleges that Defendant intentionally and improperly has failed to comply with the California Labor Code and the FLSA as hereinabove referenced and by not paying the full amounts required to be paid to employees.

(64) Defendant's failure to comply with the California Labor Code and the FLSA has resulted in Defendant's under-reporting to federal and state authorities the wages earned by Plaintiff and, therefore, in Defendant's underpaying federal and state taxes and

1   unemployment insurance premiums, all in an amount to be determined according to

2   proof.

3       (65) Additionally, Plaintiff is informed, believes, and thereon alleges that

4   Defendant was able to compete unfairly by not complying with the California Labor

5   Code.  By competing unfairly, Defendant has gained a competitive advantage over other

6   comparable businesses in the State of California.

7       (66) Accordingly, Defendant's failure to comply with the California Labor Code is

8   an unfair and/or unlawful business activity prohibited by section 17200 *et seq.* of the

9   California Business and Professions Code, and it justifies the payment to other employees

10  of overtime wages owing to them, disgorgement of profits, the issuance of an injunction,

11  and other equitable relief pursuant to section 17203 of the California Business and

12  Professions Code.  All remedies are cumulative pursuant to section 17205 of the

13  California Business and Professions Code.

14      (67) Furthermore, Plaintiff requests attorney's fees and costs pursuant to section

15  1021.5 of the California Code of Civil Procedure upon proof that he has acted in the

16  public interest.

17                          **FIFTH CLAIM FOR RELIEF**

18       (Cal. Lab. Code §§ 226.7, 512—Meal Penalty and Rest Period Violations)

19      (68) Plaintiff repleads, realleges, and incorporates by reference each and every

20  allegation set forth in this Complaint.

21      (69) The right to rest periods and meal periods has been codified in sections 226.7

22  and 512 of the California Labor Code.  At all relevant times mentioned herein, section

23  512(a) provided:

24          An employer may not employ an employee for a work period of more than

25          five hours per day without providing the employee with a meal period of not

26          less than 30 minutes, except that if the total work period per day of the

27          employee is no more than six hours, the meal period may be waived by

28

mutual consent of both the employer and employee.  An employer may not employ an employee for a work period of more than 10 hours per day without providing the employee with a second meal period of not less than 30 minutes, except that if the total hours worked is no more than 12 hours, the second meal period may be waived by mutual consent of the employer and the employee only if the first meal period was not waived.

At all relevant times mentioned herein, section 226.7(b) provided:

If an employer fails to provide an employee a meal period or rest period in accordance with an applicable order of the Industrial Welfare Commission, the employer shall pay the employee one additional hour of pay at the employee's regular rate of compensation for each work day that the meal or rest period is not provided.

(67) Compensation for missed rest and meal periods constitutes wages within the meaning of section 201 of the California Labor Code.

(70) Plaintiff contends that Defendant's failure to comply with section 512 of the California Labor Code and with the applicable Wage Order subjects Defendant to civil penalties.

## SIXTH CLAIM FOR RELIEF

(Cal. Lab. Code § 226(b))

(On Behalf of Plaintiff KIM Only)

(71) Plaintiff repleads, realleges and incorporates by reference herein each and every allegation set forth in this Complaint.

(72) The Plaintiff requested CVS provide his copies of his payroll records pursuant to section 226(b) of the California Labor Code.

(73) CVS has failed to comply with KIM's request under section 226(b) within the 21 days provided by section 226(c).

(74) Plaintiff KIM is therefore entitled to damages for violation of his section 226(b) request as provided for in section 226(f) of the California Labor Code.

## SEVENTH CLAIM FOR RELIEF

(California Labor Code § 2802)

(75) Plaintiff repleads, realleges and incorporates by reference each and every allegation set forth in the Complaint.

(76) Defendant agreed to reimburse Plaintiff for mileage expenses.

(77) Defendant has refused to reimburse Plaintiff for these expenditures despite his requests.

(78) Plaintiff is therefore entitled to be paid damages in accordance with California Labor Code section 2802.

## EIGHTH CLAIM FOR RELIEF

(Cal. Lab. Code section 2699, Labor Code Private Attorneys General Act of 2004— Civil Penalties)

(79) Plaintiff repleads, realleges and incorporates by reference each and every allegation set forth in this Complaint.

(80) Pursuant to California Labor Code section 2699.3(a)(1), on April 28, 2009, Plaintiff gave written notice by certified mail to the Labor and Workforce Development Agency and Defendant, through its counsel of record, of the specific provisions of the California Labor Code alleged to have been violated, including the facts and theories specified in the Complaint filed January 5, 2009. Attached hereto as Exhibit 26 is a true and correct copy of the April 28, 2009, letter.

(81) At all relevant times herein, California Labor Code section 2699.3(a)(2)(A) provided:

> The agency shall notify the employer and the aggrieved employee or
> representative by certified mail that it does not intend to investigate the
> alleged violation within 30 calendar days of the postmark date of the notice

1
2
3
4

> received pursuant to paragraph (1). Upon receipt of that notice or if no
> notice is provided within 33 calendar days of the postmark date of the notice
> given pursuant to paragraph (1), the aggrieved employee may commence a
> civil action pursuant to Section 2699.

5
6
7

Cal. Lab. Code § 2699.3(a)(2)(A). Plaintiff has not received notice from the LWDA that it intends to investigate. Accordingly, Plaintiff may commence a civil action pursuant to section 2699.

8
9
10
11
12
13
14
15
16
17
18
19
20

(82) Section 210 of the California Labor Code provides for civil penalties for each violation of section 204. Section 558 of the California Labor Code provides for civil penalties for each violation of sections 510 and 512. Section 1197.1 provides for civil penalties for each violation of section 1194. Section 2699(f) of the California Labor Code provides for civil penalties for violations of the California Labor Code, for which a specific civil penalty is not provided, which here includes, *inter alia*, sections 201, 202, 203, 226.7, 515, and 1198 and the applicable Industrial Welfare Commission Wage Order. Section 2699(a) provides that civil penalties may be "recovered through a civil action brought by an aggrieved employee on behalf of himself or herself and other current or former employees." Section 2699(g) provides that an employee who prevails in a civil action under section 2699 shall be entitled to an award of reasonable attorneys' fees and costs. Plaintiff herein is not seeking civil penalties for a violation of section 226(a) of the California Labor Code.

21
22

(83) The State of California, Plaintiff and class members are, therefore, entitled to civil penalties, attorneys' fees and costs, according to proof.

23

## NINTH CLAIM FOR RELIEF

24

(Cal. Lab. Code § 226—Failure to Provide Adequate Pay Stubs)

25
26

(84) Plaintiff repleads, realleges, and incorporates by reference each and every allegation set forth in this Complaint.

27
28

(85) Defendant employed Plaintiff but failed to provide him with the data required

by section 226(a) of the California Labor Code.  For example, Defendant failed to provide information concerning all applicable hourly rates in effect during the pay periods that Plaintiff worked, and information concerning the corresponding number of hours worked at each hourly rate.  Accordingly, pursuant to section 226(e) of the California Labor Code, Plaintiff and the class members are entitled to damages according to proof, attorney's fees, and costs of suit.

**WHEREFORE**, Plaintiff prays judgment as follows:

(1) With respect to the First Claim for Relief, that this Court enter judgment in favor of Plaintiff and the putative Class Members in an amount according to proof, interest thereon, attorney's fees, and costs of suit.

(2) With respect to the Second Claim for Relief, that it be adjudged that the failure of Defendant to make payment of wages within the time prescribed by section 201 of the California Labor Code was "willful" within the meaning of section 203 of the California Labor Code and that this Court award Plaintiff and the putative Class Members continuing wages, costs of suit, and such other relief as may be appropriate, in a total amount according to proof.

(3) With respect to the Third Claim for Relief, that this Court enter judgment in favor of Plaintiff and the putative Members of the collective action in an amount according to proof, attorney's fees, and costs of suit.

(4) With respect to the Fourth Claim for Relief, that this Court order Defendant to disgorge all funds acquired by means of any act or practice declared by this Court to be an unlawful and/or unfair business activity; to properly pay all sums owing to other employees on account of unpaid overtime work performed by them; that this Court award Plaintiff attorney's fees and costs of suit; and that this Court preliminarily and permanently enjoin Defendant from failing to pay its employees all earned and unpaid wages at the time of discharge, from failing to pay its employees overtime compensation, and from failing to comply with section 203 of the California Labor Code.

(5) With respect to the Fifth Claim for Relief, that this Court enter judgment in favor of Plaintiff and the putative Class Members in an amount according to proof, with interest thereon, as well as costs of suit.

(6) With respect to the Sixth Claim for Relief, this Court enter judgment in favor of Plaintiff for $750.00, attorney's fees and costs, according to proof.

(7) With respect to the Seventh Claim for Relief, this Court enter judgment in favor of Plaintiff in an amount according to proof, interest thereon, reasonable attorneys' fees and costs of suit.

(8) With respect to the Eighth Claim for Relief, the State of California, Plaintiff and the putative Class Members be awarded their civil penalties, attorneys' fees and costs, according to proof.

(9) With respect to the Ninth Claim for Relief, that this Court enter judgment in favor of Plaintiff and the putative Class Members in an amount according to proof, attorney's fees, and costs of suit.

(10) For such other relief as the Court may order.

Plaintiff requests a trial by jury as to all claims for relief.

DATED:  September 1, 2009                    HARRIS & RUBLE


_____/x/_____
Alan Harris
Jonathan Ricasa
David Zelenski
*Attorney for Plaintiff*



CVS Rx Services, Inc.
00000 STR 9611
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

153643-153643

**Earnings Statement**

Page 001 of 001

Period Ending:      04/07/2007
Check Date:          04/13/2007
Check Number:      05821938
Batch Number:      00000U15

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID: O653881
Tax Marital/Exemptions & Allowances/Add'l Tax
Federal:                    M/ 2/
Work State: CA    M/ 2/
Res State:   CA    M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 35.10 |  | 2837.65 | 15043.15 |
| Overtime |  |  |  | 803.41 |
| Night Hours |  |  |  | 160.00 |
| Other Earnings |  |  |  |  |
| Total |  |  | 2837.65 | 16006.56 |
| Federal Wages |  |  | 2837.65 | 16006.56 |

| Tax Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 506.94 | 2880.28 |
| FICA / SS | 175.94 | 992.41 |
| FICA / Med | 41.15 | 232.10 |
| State Tax CA | 166.33 | 932.36 |
| State Disability CA | 17.03 | 96.04 |

| Before Tax Ded | Current | YTD |
|---|---|---|

| After Tax Deductions | Current | YTD |
|---|---|---|

Message(s):
Send Requests for Unemployment information to:
1 CVS Dr., Woonsocket, RI 02895
Employment Verification-Call The Work Number:1800-996-7566

◀ TEAR HERE

EXHIBIT 1-000000001

*PAGE 2 of 2*

REG#14                              STR#9625

Employee ID:   0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*CA. PHARMACIST*

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/01/07    00:00
TIME IN
DEPT. SELECTED: PHARMACY    8
EMPLOYEE IS NOT ON FILE
# 0653881

REG#14                              STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/01/07    08:09
TIME OUT
EMPLOYEE IS NOT ON FILE

#14                              STR#9625
PUNCH NOT RECORDED FOR
RD NUMBER: 4871094933019
04/02/07    00:03
TIME IN
DEPT. SELECTED: PHARMACY    8
LOYEE IS NOT ON FILE
0653881

Employee ID:   0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*CA-PHARMACIST*

REG#14                              STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/02/07    08:04
TIME OUT
EMPLOYEE IS NOT ON FILE

STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/03/07    00:01
TIME IN
EMPL
# 0653881

Employee ID:   0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*8:18 CA PHARMACIST*

REG#14                              STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/03/07    08:18
TIME OUT
EMPLOYEE

REG#13                              STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/04/07    00:00
TIME IN
DEPT. SELECTED: PHARMACY    8
EMPLOYEE IS NOT ON FILE
#0653881

*CALIFORNIA PHARMACIST*
Employee ID:   0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

REG#13                              STR#9625
PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019
04/04/07    08:03
TIME OUT
EMPLOYEE IS NOT ON FILE

EXHIBIT 1-000000002

due to
Alarm Problem
NOT PUNCH IN
correct time

9:10 AM
4-7-07

Tuju

CA PHARMACIST

Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA   91345

EMPLOYEE NAME: JOHN

4871094933019

REG#14                                    STR#9786

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019

04/07/07    19:10

TIME OUT

EMPLOYEE IS NOT ON FILE

EXHIBIT 1-000000003

5:30

NC

**CVS**

CVS Rx Services, Inc.
000000 STR 9611
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

128003-128003    2

15-30

31:40

# Earnings Statement

|  | Page 001 of 001 |
|---|---|
| Period Ending: | 04/14/2007 |
| Check Date: | 04/20/2007 |
| Check Number: | 05897596 |
| Batch Number: | 000000J16 |

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:           M/ 2/
  Work State:  CA    M/ 2/
  Res State:   CA    M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 16.20 | 866.70 | 15909.85 |
| Retro Pay |  | 110.20 | 110.20 |
| Overtime |  |  | 803.41 |
| Night Hours |  |  | 160.00 |

| Other Earnings |  |  |  |  |
|---|---|---|---|---|
| Total | 53.50 | 16.20 | 976.90 | 16983.46 |
| Federal Wages |  |  | 976.90 | 16983.46 |

| Before Tax Ded | Current | YTD |
|---|---|---|

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

**After Tax Deductions**

| Tax Deductions | Current | YTD |
|---|---|---|
| Federal Income Tax | 89.08 | 2969.36 |
| FICA / SS | 60.56 | 1052.97 |
| FICA / Med | 14.16 | 246.26 |
| State Tax CA | 15.71 | 948.07 |
| State Disability CA | 5.86 | 101.90 |

| Total Tax Deductions | 185.37 | 5318.56 |
|---|---|---|

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

**Message(s):**
Send Requests for Unemployment Information to
1 CVS Dr., Woonsocket, RI 02895
Employment Verification-Call The Work Number:800-996-7566

| Net Pay | 791.53 |
|---|---|

©2001 Automatic Data Processing, Inc.

▲ TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

STR#9625

PUNCH NOT RECORDED FOR
RD NUMBER: 4871094933019

**04/13/07   23:52**

TIME IN
DEPT. SELECTED: PHARMACY

PLOYEE IS NOT ON FILE



Employee ID:   0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

REG#14                    STR#9625

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019

**04/14/07   08:00**

TIME OUT

EMPLOYEE IS NOT ON FILE

# 0653881

8

CALL PAYROLL DEPT, IF YOU NEED MORE INFORMATION.



EXH...

© 1996 Automatic Data Processing (PC10-01)

REG#14                          STR#9786

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

.04/08/07   10:09

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

---

CA. PHARMACIST
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||||||||
4871094933019

*8*

---

REG#12                          STR#97:

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/08/07   18:09

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

EG#13                    STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/11/07   23:04

**TIME IN**
DEPT. SELECTED: PHARMACY

MPLOYEE IS NOT ON FILE

---

Cal. PHARMACIST
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||||||||
4871094933019

*8*

---

_ARL_

REG#13                    STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/12/07   07:13

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

REG#13                    STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/13/07   00:07

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

# 0653881

---

CAL. PHARMACIST
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91345

EMPLOYEE NAME: JOHN

|||||||||||||||||||||||||||
4871094933019

_0:40_

---

_ARL_

REG#13                    STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/13/07   07:48

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

_IF YOU NEED MORE INFORMATION (SS# DOB etc )_

_THEN WILL_

_ARL_

---

#14                  STR#9625

**PUNCH NOT RECORDED FOR**
**ID NUMBER: 4871094933019**

04/13/07   23:52

**TIME IN**
DEPT. SELECTED: PHARMACY

.OYEE IS NOT ON FILE

# 065388/

---

CA. PHARMACIST
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||||||||
4871094933019

*8*

---

REG#14                    STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

04/14/07   08:00

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

_CALL PAYROLL Dept, IF YOU NEED MORE INFORMATION ._

EXH#12-000000002
(JOHN KIM)

*4:10* **CVS**

*4:10*

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007949-007949

*NC*

*35:16*

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
   Federal:          M/ 2/
   Work State:  CA    M/ 2/
   Res State:   CA    M/ 2/

# Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Ending: | 04/21/2007 |
| Check Date: | 04/27/2007 |
| Check Number: | 05984790 |
| Batch Number: | MAIL AJ17 |

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 31.10 | 1663.85 | 17573.70 |
| Overtime | | | | 803.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 160.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|

Other Earnings

| Total | 53.50 | 31.10 | 1663.85 | 18647.31 |
|---|---|---|---|---|
| Federal Wages | | | 1663.85 | 18647.31 |

Tax Deductions

| Tot Before Tx Ded | 0.00 | 0.00 |
|---|---|---|

**After Tax Deductions**

---

STR#9625

**UNCH NOT RECORDED FOR**
**NUMBER: 4871094933019**

**4/15/07  00:04**

**TIME IN**
DEPT. SELECTED: PHARMACY

YEE IS NOT ON FILE

*FCES 0653881*

REG#14  *MRL*  STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

**04/15/07  07:34**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

*CA. PHARMACIST*
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

*7:30*

*OR MORE INFORMATION, PLEASE CONTACT PAYROLL DEPT*

---

EG#13  STR#9625

**PUNCH NOT RECORDED FOR**
**ARD NUMBER: 4871094933019**

**04/16/07  00:03**

**TIME IN**
DEPT. SELECTED: PHARMACY

PLOYEE IS NOT ON FILE

*# 0653881*

*CA. PHARMACIST*
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

*8*

REG#13  STR#9625

**PUNCH NOT RECORDED FOR**
**CARD NUMBER: 4871094933019**

**04/16/07  08:07**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

*MORE INFORMATION*
*CALL PAYROLL* EXHIBIT 3-000000001

STR#9625

*CA. PHARMACIST*
Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

REG#13                                    STR#9625

UNCH NOT RECORDED FOR
NUMBER: 4871094933019

4/17/07    00:06

TIME IN
DEPT. SELECTED: PHARMACY

'EE IS NOT ON FILE
*0653881*

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019

04/17/07     07:09

TIME OUT
EMPLOYEE IS NOT ON FILE

*MORE INFORMATION*
*CONTACT PAYROLL. THEY PROMISED RELEASE.*
*JOHN KIM*

REG#20                     STR#9626

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871023164019

04/16/07   19:28

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

REG#14                          STR#9625

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871023164019

04/17/07    00:06

TIME OUT
EMPLOYEE IS NOT ON FILE

REG#13                     STR#9625

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019

04/18/07    00:12

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE
*# 0653881*

*CA PHARMACIST*
Employee ID:   0653831

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

REG#13                          STR#9625

PUNCH NOT RECORDED FOR
CARD NUMBER: 4871094933019

04/18/07    08:28

TIME OUT
EMPLOYEE IS NOT ON FILE

*8:16*
*NEED MORE*
*INFORMATION' CALL*
*PAY/ROLL*
*JOHN KIM*

EXHIBIT 3-000000002

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007885-007885

*NC*

*18:30*

# Earnings Statement

Page 001 of 001
Period Ending: 06/02/2007
Check Date: 06/08/2007
Check Number: 06456940
Batch Number: MAIL AJ23

John Kim
PO Box 7282
Mission Hills, CA 91346

Employee ID: 0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State: CA   M/ 2/
Res State: CA    M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Regular | 9.70 | 518.95 | 25588.00 | |
| Overtime | | | | 803.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 239.00 |

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|
| BLUE CROSS CA HMO | 23.17 | 23.17 |

| Other Earnings | | | | |
|----------------|------|------|--------|----------|
| Total | 53.50 | 9.70 | 518.95 | 26740.61 |
| Federal Wages | | | 495.78 | 26717.44 |

| Tot Before Tx Ded | 23.17 | 23.17 |
|-------------------|-------|-------|

**After Tax Deductions**

**Tax Deductions**

*CA PHARMACIST*

REG#14                STR#9625          REG#14                    STR#962

EMPLOYEE # *0653881*
JOHN KIM

EMPLOYEE
JOHN KIM

05/27/07  23:01   */8*

05/28/07   07:04

TIME IN

DEPT. SELECTED: PHARMACY

TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

REG#14 *CA pharmacist*  STR#9626      REG#13                STR#9625

EMPLOYEE # *0653881*
JOHN KIM

EMPLOYEE
JOHN KIM

05/28/07   23:04   *0:30*

05/28/07   23:35

TIME IN

DEPT. SELECTED: PHARMACY

TIME OUT

PUNCH WAS COMPLETED

*John Kim*

REG#0 *Employee #* *0653881* STR#9602

PUNCH NOT RECORDED FOR
SSN: 545559324

06/02/07   09:05

TIME IN

DEPT. SELECTED: PHARMACY

Employee ID: 0653881

John Kim
PO Box 7282
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

4871094933019

REG#12

PUNCH NOT RECORDED FOR
SSN: 545559324

06/02/07   19:05

TIME OUT

*10*

EXHIBIT

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007865-007865

*N/C*

# Earnings Statement

Page 001 of 001

Period Ending:     06/16/2007
Check Date:        06/22/2007
Check Number:      06616657
Batch Number:      MAIL AJ25

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:           M/ 2/
  Work State:  CA    M/ 2/
  Res State:   CA    M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Regular  |      | 6.10  | 326.35  | 26556.35 |
| Overtime |      |       |         | 1124.41 |
| Extra Pay|      |       |         | 110.20 |
| Night Hours |   |       |         | 239.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 6.10 | 326.35 | 28029.96 |
| Federal Wages | | | 299.03 | 27956.30 |

**Tax Deductions**
| | | | |
|---|---|---|---|
| Federal Income Tax | | 1.44 | 4185.62 |

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|
| BLUE CROSS CA HMO | 23.17 | 69.51 |
| Dental | 2.03 | 2.03 |
| Vision | 2.12 | 2.12 |

| Tot Before Tx Ded | 27.32 | 73.66 |
|---|---|---|

**After Tax Deductions**

---

*JOHN KIM*
E6#15 *Employee # 065388*  STR#9651
PUNCH NOT RECORDED FOR
SSN: 545559324

06/12/07   18:59

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

---

*CA pharmacist*
Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*3*

*Syl*

---

REG#14                    STR#9651
PUNCH NOT RECORDED FOR
SSN: 545559324

06/12/07   22:04

TIME OUT

EMPLOYEE IS NOT ON FILE

---

*JOHN KIM*
REG#01 *Employee # 065388* STR#9602
PUNCH NOT RECORDED FOR
SSN: 545559324

06/16/07   14:56

TIME IN
DEPT. SELECTED: PHARMACY

---

*CA pharmacist*
Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*4*

*CP.*

---



REG#13                    STR#9602
PUNCH NOT RECORDED FOR
SSN: 545559324

06/16/07   18:56

TIME OUT

EMPLOYEE IS NOT ON FILE
EXHIBIT 5

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007826-007826

*8:30*    *18:30*

*NO*

Employee ID:   O653881
Tax Marital/Exemptions & Allowances/Addl Tax
    Federal:            M/ 2/
    Work State:  CA   M/ 2/
    Res State:   CA   M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 10.00 | 535.00 | 27530.05 |
| Overtime | | | | 1124.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 239.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 10.00 | 535.00 | 29003.66 |
| Federal Wages | | | 507.68 | 28875.36 |

**Tax Deductions**

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 22.31 | 4220.61 |
| FICA / SS | 31.47 | 1790.27 |
| FICA / Med | 7.36 | 418.69 |
| State Tax CA | 1.48 | 1265.35 |
| State Disability CA | 3.04 | 173.25 |

| Total Tax Deductions | 65.66 | 7868.17 |
|---|---|---|

**Message(s):**
Send Requests for Unemployment Information to
1 CVS Dr., Woonsocket, RI 02895
Employment Verification-Call The Work Number:800-996-7566

# Earnings Statement

Page 001 of 001

Period Ending:    06/30/2007
Check Date:       07/06/2007
Check Number:     06776043
Batch Number:     MAIL AJ27

John Kim
PO Box 7282
Mission Hills, CA  91346

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 23.17 | 115.85 |
| Dental | 2.03 | 6.09 |
| Vision | 2.12 | 6.36 |

| Tot Before Tx Ded | 27.32 | 128.30 |
|---|---|---|

**After Tax Deductions**

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay | 442.02 |
|---|---|

EXHIBIT 6-000000001

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007709-007709

NC

22

14

Employee ID: 0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State:  CA   M/ 2/
Res State:   CA   M/ 2/

## Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Ending: | 07/07/2007 |
| Check Date: | 07/13/2007 |
| Check Number: | 06852629 |
| Batch Number: | MAIL AJ28 |

John Kim
PO Box 7282
Mission Hills, CA 91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 8.00 | 428.00 | 27958.05 |
| Overtime | | | | 1124.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 239.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 23.17 | 139.02 |
| Dental | 2.03 | 8.12 |
| Vision | 2.12 | 8.48 |

Other Earnings      53.50    8.00    428.00    29431.66

| Total | | | 428.00 | 29431.66 |
|---|---|---|---|---|
| Federal Wages | | | 400.68 | 29276.04 |

Tot before tx ded      27.32      155.62

After Tax Deductions

Tax Deductions

RI GW02 EMPLOYEE# 0653881 STR#9638

PUNCH NOT RECORDED FOR
SSN: 545559324  DOB 10-5-49

07/01/07   10:16
TIME IN
DEPT SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

CA PHARMACIST
Employee ID: 0653881

John Kim  DOB
PO Box 7282  10-5-49
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||
4871094933019

8

REG#13                    STR#9638

PUNCH NOT RECORDED FOR
SSN: 545559324

07/01/07   18:16
TIME OUT

EMPLOYEE IS NOT ON FILE

REG#01              STR#9602

EMPLOYEE# 0.3881
KIM JOHN   EF:

07/06/07   11 57
TIME IN   16:
DEPT. SELECTED: PHAR CY

EMPLOYEE IS NOT SCHEDULED  NAGER
OVERTIME IS REQUIRED.

CA. PHARMACIST
Employee ID: 0653881

John Kim
PO Box 7282
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||
4871094933019

CP

4 CP

REG#13              STR#9602

EMPLOYEE
KIM JOHN

07/06/07   21:00
TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

REG#01              STR#9602

EMPLOYEE# 0653881
KIM JOHN

07/07/07   08:58
TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT SCHEDULED - MANAGER

CA PHARMACIST
Employee ID: 0653881

John Kim
PO Box 7282
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||
4871094933019

10

REG#13              STR#9602

EMPLOYEE
KIM JOHN

07/  /07   19:01
TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 7-000000001

*N.G.*

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007614-007614

*12*          *22*

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
    Federal:              M/ 2/
    Work State:    CA    M/ 2/
    Res State:     CA    M/ 2/

## Earnings Statement

Page 001 of 001
Period Ending:   08/04/2007
Check Date:      08/10/2007
Check Number:    07166452
Batch Number:    MAIL AJ32

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Regular  |      | 10.10 | 540.35  | 28926.40 |
| Overtime |      |       |         | 1124.41 |
| Extra Pay |     |       |         | 110.20 |
| Night Hours |   |       |         | 278.50 |

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|
| BLUE CROSS CA HMO | 46.34 | 231.70 |
| Dental | 4.06 | 16.24 |
| Vision | 4.24 | 16.96 |

Other Earnings

| Total | 53.50 | 10.10 | 540.35 | 30439.51 |
|-------|-------|-------|--------|----------|
| Federal Wages | | | 485.71 | 30174.61 |

| Tot Before Tx Ded | 54.64 | 264.90 |
|-------------------|-------|--------|

After Tax Deductions

Tax Deductions

---

14                    STR#9630          *CA PHARMACIST*

EMPLOYEE # *0653881*
JOHN KIM                Employee ID:   0653881

08/01/07   16:52        John Kim
                        PO Box 7282
TIME IN                 Mission Hills, CA  91346    *4*
DEPT. SELECTED: PHARMACY    EMPLOYEE NAME: JOHN

EMPLOYEE IS NOT SCHEDULED - MANAGER      4871094933018
OVERRIDE IS REQUIRED.
                                    *v N*

REG#14                          STR#9630

            EMPLOYEE
            JOHN KIM

08/01/07   20:58

    TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

---

REG#01                STR#9630          *PHARMACIST*

EMPLOYEE # *0653881*
JOHN KIM                Employee ID:   0653881

08/02/07   16:59        John Kim
                        PO Box 7282
TIME IN                 Mission Hills, CA  91346    *4*
DEPT. SELECTED: PHARMACY    EMPLOYEE NAME: JOHN

EMPLOYEE IS NOT SCHEDULED - MANAGER      4871094933018
OVERRIDE IS REQUIRED.
                                    *v N*

REG#14                          STR#9630

            EMPLOYEE
            JOHN KIM

08/02/07   21:00

    TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 8-000000001

*EMPLOYEE #0653881* STR#96 3
PUNCH NOT RECORDED FOR
SSN: 545559324

08/03/07   17:58
TIME IN
DEPT. SELECTED: PHARMACY

LO EE IS NOT ON FILE

---

*PHARMACIST*
Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

DoB  10-5-47

---

REG#14                          STR#9613
PUNCH NOT RECORDED FOR
SSN: 545559324

08/03/07   21:59
TIME OUT

EMPLOYEE IS NOT ON FILE

---

*EMPLOYEE # 0653881* STR#9789
PUNCH NOT RECORDED FOR
SSN: 545559324

08/04/07   08:56
TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

---

*PHARMACIST*
Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

DoB  10-5-47
M H

---

REG#14 *EMPLOYEE# 0653881* STR#9789
PUNCH NOT RECORDED FOR
SSN: 545559324

08/04/07   19:05
TIME OUT

EMPLOYEE IS NOT ON FILE

EXHIBIT 8-000000002

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
*Return to: CVS*
1 CVS Drive
Woonsocket, RI 02895

007647-007647

*NC*

17

*42*
*43* *(40+2+1*
*07*

# Earnings Statement

| | | |
|---|---|---|
| | | Page 001 of 001 |
| Period Ending: | | 08/18/2007 |
| Check Date: | | 08/24/2007 |
| Check Number: | | 07320656 |
| Batch Number: | | MAIL AJ34 |

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Add'l Tax
  Federal:        M/ 2/
  Work State:  CA   M/ 2/
  Res State:   CA   M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 26.00 | | 1391.00 | 31414.15 |
| Overtime | | | | 1124.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 23.17 | 278.04 |
| Dental | 2.03 | 20.30 |
| Vision | 2.12 | 21.20 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 26.00 | 1391.00 | 32927.26 |
| Federal Wages | | | 1363.68 | 32607.72 |

Tot Before Tx Ded    20.32    319.54

**Tax Deductions**

**After Tax Deductions**

---

.814   *PHARMACIST*                 STR#9655

EMPLOYEE#0653881
JOHN KIM

08/14/07   13:54

TIME IN

*8*

DEPT. SELECTED: PHARMACY

PLOYEE IS NOT SCHEDULED - MANAGER
ERRIDE IS REQUIRED.

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

*9N*

REG#14                          STR#9655

EMPLOYEE
JOHN KIM

08/14/07   21:56

TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

---

:G#01                         STR#9630

EMPLOYEE#0653881
JOHN KIM

08/15/07   16:53

TIME IN

DEPT. SELECTED: PHARMACY

MPLOYEE IS NOT SCHEDULED - MANAGER
VERRIDE IS REQUIRED.

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094833019

*4*
*VN*

REG#14                          STR#9630

EMPLOYEE
JOHN KIM

08/15/07   21:02

TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 9-000000001

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
    1 CVS Drive
    Woonsocket, RI 02895

007831-007831

*NC*

*15*

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
    Federal:              M/ 2/
    Work State:   CA    M/ 2/
    Res State:    CA    M/ 2/

## Earnings Statement

Page 001 of 001
Period Ending:     08/25/2007
Check Date:        08/31/2007
Check Number:      07398778
Batch Number:      MAIL AJ35

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 8.00 | 428.00 | 31842.15 |
| Overtime | | | | 1124.41 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 23.17 | 301.21 |
| Dental | 2.03 | 22.33 |
| Vision | 2.12 | 23.32 |

Other Earnings

| Total | 53.50 | 8.00 | 428.00 | 33355.26 |
|---|---|---|---|---|
| Federal Wages | | | 400.68 | 33008.40 |

**After Tax Deductions**

Tax Deductions

---

i#01                              STR#9789

**EMPLOYEE# 0653881**
**JOHN KIM**

**08/19/07    10:12**

**TIME IN**
DEPT. SELECTED: PHARMACY

*8*

'EE IS NOT SCHEDULED - MANAGER
DE IS REQUIRED.

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*MH*

REG#14                          STR#9789

**EMPLOYEE**
**JOHN KIM**

**08/19/07    18:12**

**TIME OUT**

PUNCH WAS COMPLETED SUCCESSFULLY

---

EG#01 *PHARMACIST*  STR#9630

**EMPLOYEE# 0653881**
**JOHN KIM**

**08/22/07    13:59**

**TIME IN**
DEPT. SELECTED: PHARMACY

*7*

MPLOYEE IS NOT SCHEDULED - MANAGER
VERRIDE IS REQUIRED.

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*VN*

REG#14                          STR#9630

**EMPLOYEE**
**JOHN KIM**

**08/22/07    21:04**

**TIME OUT**

PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 10-000000001

*1:30*    *NC*

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS          007670-007670
1 CVS Drive
Woonsocket, RI 02895

*11:30*

*15*

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:                 M/ 2/
  Work State:  CA    M/ 2/
  Res State:   CA    M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 3.50 | 187.25 | | 35453.40 |
| Overtime | | | | 1605.91 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 13.50 | 3.50 | 187.25 | 37448.01 |
| Federal Wages | | | 105.28 | 36855.24 |

**Tax Deductions**
Federal Income Tax

## Earnings Statement

Page 001 of 001
Period Ending:     09/15/2007
Check Date:        09/21/2007
Check Number:      07625331
Batch Number:      MAIL AJ38

John Kim
PO Box 7282
Mission Hills, CA  91346

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 440.23 |
| Dental | 3.75 | 33.58 |
| Vision | 3.03 | 32.41 |
| HCRA | 28.85 | 86.55 |

| Tot Before Tx Ded | 81.97 | 592.77 |
|---|---|---|

**After Tax Deductions**

---

HOME STORE 9611
Employee ID:  0653881
John Kim *AOB 10-5-47*
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094833019

G#01 *Employee # 0653881* STR#9643
PUNCH NOT RECORDED FOR
SSN: 545559324

09/14/07   17:10

TIME IN
DEPT. SELECTED: PHARMACY    *5*

IPLOYEE IS NOT ON FILE

REG#13                STR#9643

PUNCH NOT RECORDED FOR
SSN: 545559324

09/14/07   22:10

TIME OUT

*IF YOU HAVE
ANY QUESTION
CALL ME
818-360-2715*

---

*PHARMACIST*

#0 *Employee #*    STR#9682
PUNCH NOT RECORDED FOR
SSN: 545559324

09/15/07   09:38

TIME IN    *10*
DEPT. SELECTED: PHARMACY

HOME STORE#9611
Employee ID:  0653881
John Kim *AOB 10-5-47*
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094833019

*IF YOU HAVE ANY
QUESTION CALL ME
818-360-271k*

REG#13                STR#9682

PUNCH NOT RECORDED FOR
SSN: 545559324

09/15/07   19:40

TIME OUT

EXH 1 ME 10000000001



CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS          007874-007874
1 CVS Drive
Woonsocket, RI 02895

# Earnings Statement

|  | Page 001 of 001 |
|---|---|
| Period Ending: | 09/22/2007 |
| Check Date: | 09/28/2007 |
| Check Number: | 07705051 |
| Batch Number: | MAIL AJ39 |

Employee ID:   0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:          M/ 2/
  Work State:  CA   M/ 2/
  Res State:   CA   M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 40.00 | 2140.00 | 37593.40 |
| System OTP | 1.40 | 112.36 | 282.32 | |
| DoubleTime | 2.00 | 214.00 | 535.00 | |
| Overtime | | | | 1114.95 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 486.57 |
| Dental | 3.75 | 37.33 |
| Vision | 3.03 | 35.44 |
| HCRA | 28.85 | 115.40 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.60 | 43.40 | 2466.36 | 39914.37 |
| Federal Wages | | | 2384.39 | 39239.63 |

Tot Before Tx Ded       81.97      674.74

After Tax Deductions

Tax Deductions

---

DHA RACIST
Employee # 0653881   STR#9677
PUNCH NOT RECORDED FOR
  SSN: 545559324

9/16/07   10:08

TIME IN
DEPT. SELECTED: PHARMACY

EE IS NOT ON FILE

HONG STORE # 9611
Employee ID:  0653881
John Kim  DOB
PO Box 7282  10-5-47
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

IF YOU HAVE ANY
QUESTION
CALL ME
818-360-2715

REG#13                    STR#9677

PUNCH NOT RECORDED FOR
  SSN: 545559324

09/16/07   18:11

TIME OUT

EMPLOYEE IS NOT ON FILE

---

#12 PHARMACIST        STR#9655

EMPLOYEE # 0653881
JOHN KIM

09/17/07   08:05

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT SCHEDULED - MANAGER
OVERRIDE IS REQUIRED.

TIME IN

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

4871094933019

REG#13                    STR#9655

EMPLOYEE
JOHN KIM

09/17/07   22:05

TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

TIME OUT

EXHIBIT 000000001

HOME STORGH 9611

*PHARMACIST*

REG#01    Employee# 0653881    STR#9734

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/18/07    13:56**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

Employee ID:  0653881

John Kim    *DOB 10-5-49*
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

8

REG#13    STR#9734

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/18/07    21:56**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

*IT YOU HAVE
ANY QUESTION
CALL ME*

REG#01  *Employee#0653881*  STR#9734

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/19/07    14:11**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

8

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

REG#01    STR#9734

**EMPLOYEE
JOHN KIM**

**09/19/07    22:11**

**TIME OUT**

PUNCH WAS COMPLETED SUCCESSFULLY

*PHARMACIST*

REG#01  *Employee# 0653881*  STR#9602

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/21/07    15:13**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

6

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

REG#13    STR#9602

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/21/07    21:13**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

*PHARMACIST*

REG#01  *Employee #0653881*  STR#9602

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/22/07    08:59**

**TIME IN**
DEPT. SELECTED: PHARMACY

10

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

REG#13    STR#9602

**PUNCH NOT RECORDED FOR**
SSN: 545559324

**09/22/07    18:59**

**TIME OUT**

EXHIBIT 12 00 0002

*N C*

# Earnings Statement

**CVS Rx Services, Inc.**
MAIL A STR 0000
*Return to:* CVS
1 CVS Drive
Woonsocket, RI 02895

007779-007779

Page 001 of 001

Period Ending:    10/27/2007
Check Date:       11/02/2007
Check Number:     08096712
Batch Number:     MAIL AJ44

*34:15*

*41:30*
*42:15*

*40 +1:30+45*
*(OT)*

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID:   0653881
Tax Marital/Exemptions & Allowances/Addl Tax
    Federal:          M/ 2/
    Work State:  CA   M/ 2/
    Res State:   CA   M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 8.00 | 428.00 | 45340.20 |
| Overtime | | | | 2659.87 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 718.27 |
| Dental | 3.75 | 56.08 |
| Vision | 3.03 | 50.59 |
| HCRA | 28.85 | 259.65 |

| Tot Before Tx Ded | 81.97 | 1084.59 |
|---|---|---|

**After Tax Deductions**

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 8.00 | 428.00 | 48388.77 |
| Federal Wages | | | 346.03 | 47304.18 |

**Tax Deductions**
Federal Income Tax

*PHARMACIST*

*IF YOU NEED*
*ANY INFORMATION*
*CALL ME*
*818-360-2715*

REG#01 *EMPLOYEE #*     STR#9848

**PUNCH NOT RECORDED FOR**
→ **ID: 653881**

**10/21/07    09:55**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

*SSN 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*

*8*

REG#11     STR#9848

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**10/21/07    18:03**

**TIME OUT**

IS NOT ON FILE

*PHARMACIST*

*THIS STORE IS NOT*
*FIRST TIME FOR ME*
*IF YOU NEED ANY*
*INFORMATION*
*CALL ME*
*818-360-2715*

REG#02 *EMPLOYEE ID*     STR#9643

**PUNCH NOT RECORDED FOR**
→ **ID: 653881**

**10/22/07    13:01**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

Employee ID:   0653881

John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

*9*

REG#14     STR#9643

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**10/22/07    22:01**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

EXHIBIT 13-000000001

*PHARMACIST*

*EMPLOYEE #* ___ STR#9643

**PUNCH NOT RECORDED FOR**
➔ ID: 653881

**10/23/07   11:31**

**TIME IN**
DEPT. SELECTED: PHARMACY

OYEE IS NOT ON FILE

*10:30 SV*

Employee ID:   O653881
John Kim
PO Box 7282
Mission Hills, CA  91345
EMPLOYEE NAME: JOHN
4871094933019

REG#14                    STR#9643

**PUNCH NOT RECORDED FOR**
ID: 653881

**10/23/07   22:01**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

*PHARMACIST*

*EMPLOYEE #*   STR#9789

**PUNCH NOT RECORDED FOR**
➔ ID: 653881

**10/24/07   16:08**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*6*

*IF YOU NEED
MORE INFORMATION
CALL ME
818-360-2715*

Employee ID:   O653881
John Kim
PO Box 7282
Mission Hills, CA  91345
EMPLOYEE NAME: JOHN
4871094933019

*SS# 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*

REG#19                    STR#9789

**PUNCH NOT RECORDED FOR**
ID: 653881

**10/24/07   22:08**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

---

*PHARMACIST*

*EMPLOYEE ID*   STR#9789

**PUNCH NOT RECORDED FOR**
➔ ID: 653881

**10/27/07   11:02**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*8*

Employee ID:   O653881
John Kim
PO Box 7282
Mission Hills, CA  91345
EMPLOYEE NAME: JOHN
4871094933019

*MM*

REG#14                    STR#9789

**PUNCH NOT RECORDED FOR**
ID: 653881

**10/27/07   19:01**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

EXHIBIT 13-000000002

NC

# Earnings Statement

**CVS Rx Services, Inc.**
MAIL A STR 0000
Return to: CVS            007793-007793
1 CVS Drive
Woonsocket, RI 02895

9

31

7

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:          M/ 2/
  Work State:  CA   M/ 2/
  Res State:   CA   M/ 2/

|             | Page 001 of 001 |
|-------------|-----------------|
| Period Ending: | 11/24/2007 |
| Check Date:    | 11/30/2007 |
| Check Number:  | 08421956 |
| Batch Number:  | MAIL AJ48 |

John Kim
PO Box 7282
Mission Hills, CA 91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Regular | 22.00 | 1177.00 | | 50888.15 |
| Overtime | | | | 2876.55 |
| Extra Pay | | | | 110.20 |
| Night Hours | | | | 278.50 |

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|
| BLUE CROSS CA HMO | 46.34 | 903.63 |
| Dental | 3.75 | 71.08 |
| Vision | 3.03 | 62.71 |
| HCRA | 28.85 | 375.05 |

Tot Before Tx Ded      81.97      1412.47

| Other Earnings | | | | |
|----------------|--|--|--|--|
| Total | 53.50 | 22.00 | 1177.00 | 54353.40 |
| Federal Wages | | | 1095.03 | 52740.93 |

**After Tax Deductions**

X

STR#9789                                    REG#19                          STR#9789

# EMPLOYEE
# JOHN KIM

# 11/18/07   10:06

# TIME IN
DEPT. SELECTED: PHARMACY

8

PLOYEE IS NOT SCHEDULED - MANAGER
ERRIDE IS REQUIRED.

# EMPLOYEE
# JOHN KIM

# 11/18/07   18:06

# TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

#14               STR#9643                  CALL ME
                                           818-360-2715                  REG#14               STR#9643

# PUNCH NOT RECORDED FOR
REG ID: 653881

# 11/19/07   13:00

# TIME IN
DEPT. SELECTED: PHARMACY

9

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4571004933019

# PUNCH NOT RECORDED FOR
ID: 653881

# 11/19/07   22:01

# TIME OUT

PLOYEE IS NOT ON FILE

EMPLOYEE IS NOT ON FILE

EXHIBIT 14-000000001

STR#9789

EMPLOYEE
JOHN KIM

11/23/07   15:57
TIME IN
DEPT. SELECTED: PHARMACY

4 WAS COMPLETED SUCCESSFULLY

REG#14                    STR#9789

EMPLOYEE
JOHN KIM

11/23/07   21:57
TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

G#0V                    STR#9789

EMPLOYEE
JOHN KIM

11/24/07   11:08
TIME IN
DEPT. SELECTED: PHARMACY

PUNCH WAS COMPLETED SUCCESSFULLY

REG#19                    STR#9789

EMPLOYEE
JOHN KIM

11/24/07   19:08
TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 14-000000002

*NC*

# Earnings Statement

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
  1 CVS Drive
  Woonsocket, RI 02895

007784-007784

**CVS**

*10*

*14:30*

| | |
|---|---|
| Period Ending: | 12/22/2007 |
| Check Date: | 12/28/2007 |
| Check Number: | 08768157 |
| Batch Number: | MAIL AJ52 |

Page 001 of 001

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:       M/ 2/
  Work State:  CA  M/ 2/
  Res State:  CA  M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 4.50 | 240.75 | | 53161.90 |
| Vacation | 13.00 | 695.50 | | 695.50 |
| Overtime | | | | 2876.55 |
| Extra Pay | | | | 110.20 |
| Adjustments | | | | 82.31 |
| Night Hours | | | | 278.50 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 17.50 | 936.25 | 57204.96 |
| Federal Wages | | | 772.31 | 55464.61 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 92.68 | 1088.99 |
| Dental | 7.50 | 86.08 |
| Vision | 6.06 | 74.83 |
| HCRA | 57.70 | 490.45 |
| Tot Before Tx Ded | 163.94 | 1740.35 |

| After Tax Deductions | | |
|---|---|---|
| Misc P/R | | 50.00 |

STR#9615 — REG#13 — STR#9615

i802 *DUB 10-5-47*    STR#9615

# PUNCH NOT RECORDED FOR
employee ID: 653881

# 12/21/07   17:32

## TIME IN  *4:30*
DEPT. SELECTED: PHARMACY

'LOYEE IS NOT ON FILE

*THIS IS NOT 1st TIME THIS STORE IF YOU HAVE ANY QUESTION CALL ME 818-360-2715 HOME STORE# 9660*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094833019
*SS# 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*

REG#13    STR#9615

# PUNCH NOT RECORDED FOR
ID: 653881

# 12/21/07   22:02

## TIME OUT
EMPLOYEE IS NOT ON FILE

REG#20    STR#9582

# PUNCH NOT RECORDED FOR
employee ID: 653881

# 12/22/07   08:55

## TIME IN  *10*
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*THIS STORE IS NOT 1st TIME IF YOU HAVE ANY QUESTION CALL ME 818-360-2715 HOME STORE# 9660*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

REG#19    STR#9582

# PUNCH NOT RECORDED FOR
ID: 653881

# 12/22/07   18:58

## TIME OUT
EMPLOYEE IS NOT ON FILE

EXHIBIT 15-000000001

−6

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007654-007654    NC

16

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:          M/ 2/
  Work State:  CA   M/ 2/
  Res State:   CA   M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 10.20 | 545.70 | 1043.25 |
| Vacation | | | | 749.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 10.20 | 545.70 | 1792.25 |
| Federal Wages | | | 463.73 | 1628.31 |

**Tax Deductions**
Federal Income Tax          17.53      134.00

JOHN KIM   Employee ID
                  0653881

IN

1
12-5-08   Store# 9582          10

Store manager
already typed computer TIME IN.

AM 8:50

IF YOU HAVE ANY QUESTION
CALL ME  818-360-2715.

REG#01                    STR#9789

EMPLOYEE
JOHN KIM

12/31/07   15:56

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT SCHEDULED - MANAGER

---

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Ending: | 01/05/2008 |
| Check Date: | 01/11/2008 |
| Check Number: | 08927452 |
| Batch Number: | MAIL AK02 |

John Kim
PO Box 7282
Mission Hills, CA  91346

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 92.68 |
| Dental | 3.75 | 7.50 |
| Vision | 3.03 | 6.06 |
| HCRA | 28.85 | 57.70 |

| Tot Before Tx Ded | 81.97 | 163.94 |
|---|---|---|

**After Tax Deductions**

reserved.

OUT

REG#19                    STR#9582

EMPLOYEE
JOHN KIM

01/05/08   19:01

TIME OUT

PUNCH WAS COMPLETED SUCCESSFULLY

REG#13                    STR#9789

EMPLOYEE
JOHN KIM

12/31/07   21:58

TIME OUT
PUNCH WAS COMPLETED SUCCESSFULLY

EXHIBIT 16-000000001

−9

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007792-007792

*NC*

*15:30*

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:      M/ 2/
Work State:  CA    M/ 2/
Res State:   CA    M/ 2/

## Earnings Statement

Period Ending:   Page 001 of 001
01/12/2008
Check Date:      01/18/2008
Check Number:    09008086
Batch Number:    MAIL AK03

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|----------|------|-------|---------|--------------|
| Regular  |      | 6.50  | 347.75  | 1391.00 |
| Vacation |      |       |         | 749.00 |

| Other Earnings | | | | |
|----------------|------|-------|---------|---------|
| Total          | 53.50 | 6.50 | 347.75 | 2140.00 |
| Federal Wages  |      |       | 265.78 | 1894.09 |

**Tax Deductions**
Federal Income Tax                              134.00

| Before Tax Ded | Current | YTD |
|----------------|---------|-----|
| BLUE CROSS CA HMO | 46.34 | 139.02 |
| Dental         | 3.75    | 11.25 |
| Vision         | 3.03    | 9.09 |
| HCRA           | 28.85   | 86.55 |
| Tot Before Tx Ded | 81.97 | 245.91 |

**After Tax Deductions**

---

*(handwritten)* HI! IF YOU HAVE
ANY QUESTION
CALL ME
818-360-2715
HME STORE# 9660
SS# 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
Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019
0B  10-5-47

CALL ME
818-360-2715

G103                           STR#9624

PUNCH NOT RECORDED FOR
ID: 653881

01/06/08    09:55

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

REG#13                           STR#9624

PUNCH NOT RECORDED FOR
ID: 653881

01/06/08    18:02

TIME OUT

EMPLOYEE IS NOT ON FILE

G103                           STR#9618

PUNCH NOT RECORDED FOR
ID: 653881

01/12/08    12:37

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*(handwritten)* 7:30

Employee ID:  0653881
John Kim              0B
PO Box 7282           10-5-47
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019
SS# 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
HME STORE 9660

REG#14                           STR#9618

PUNCH NOT RECORDED FOR
ID: 653881

01/12/08    19:07

TIME OUT

EMPLOYEE IS NOT ON FILE

EXHIBIT 17-000000001

6

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS          007694-007694
1 CVS Drive
Woonsocket, RI 02895

N/C

18

# Earnings Statement

| | |
|---|---|
| Period Ending: | Page 001 of 001 |
| | 05/03/2008 |
| Check Date: | 05/09/2008 |
| Check Number: | 02313982 |
| Batch Number: | MAIL AK19 |

Employee ID: 0653881
Tax Marital/Exemptions & Allowances/Add'l Tax
  Federal:              M/ 2/
  Work State:  CA    M/ 2/
  Res State:   CA    M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 12.00 | 642.00 | 642.00 | 9651.40 |
| Meal Prem | 1.00 | 53.50 | 53.50 | 321.00 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 880.46 |
| Dental | 3.75 | 71.25 |
| Vision | 3.03 | 57.57 |
| HCRA | 28.85 | 548.15 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 13.00 | 695.50 | 12474.07 |
| Federal Wages | | | 613.53 | 10916.64 |

Tot Before Tx Ded    81.97    1557.43

**After Tax Deductions**

NEED
~ IF YOU HAVE
ANY INFORMATION
CALL ME
818-360-2715

EG#06        HOME STORE #
             9660        STR#9795

PUNCH NOT RECORDED FOR
  ID: 653881  EMPLOYEE ID
            #

04/27/08   08:10

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

SS# 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
Employee ID: 0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN
4871094633019
DOB 10-5-47

6

REG#15                      STR#9795

PUNCH NOT RECORDED FOR
  ID: 653881

04/27/08    14:18

TIME OUT

EMPLOYEE IS NOT ON FILE

EC2              STR#9676

PUNCH NOT RECORDED FOR
  ID: 653881

05/03/08   09:01

TIME IN
DEPT. SELECTED: PHARMACY

L??EE IS NOT ON FILE

CALL ME
818-360-2715
Thanks

SS# 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
Employee ID: 0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN
4871094633019
DOB 10-5-47
HOME ST# 9660

12

REG#16              STR#9675

PUNCH NOT RECORDED FOR
  ID: 653881

05/03/08    21:03

TIME OUT

EMPLOYEE IS NOT ON FILE

EXHIBIT 18-000000001

:30    *NC*

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007876-007876

*19*

**CVS**

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Ending: | 05/31/2008 |
| Check Date: | 06/06/2008 |
| Check Number: | 02614006 |
| Batch Number: | MAIL AK23 |

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State:  CA    M/ 2/
Res State:      CA    M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 12.50 | 668.75 | | 13011.20 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 551.67 |
| Bonus | | | | 1094.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 12.50 | 668.75 | 16047.87 |
| Federal Wages | | | 586.78 | 14162.56 |

| Tax Deductions | | Current | Year-To-Date |
|---|---|---|---|
| Federal Income Tax | | 29.83 | 1181.11 |
| FICA / SS | | 36.38 | 878.08 |
| FICA / Med | | 8.51 | 205.36 |
| State Tax CA | | 2.79 | 206.43 |
| State Disability CA | | 4.69 | 113.30 |

| Total Tax Deductions | 82.20 | 2584.28 |
|---|---|---|

**Message(s):**
Send Requests for Unemployment Information to
1 CVS Dr., Woonsocket, RI 02895
All employees may cash their paycheck at any
Bank of America branch office without charge.
Employment Verification-Call The Work Number:800-996-7566

| Before Tax Ded | Current | YTD |
|---|---|---|
| BLUE CROSS CA HMO | 46.34 | 1065.82 |
| Dental | 3.75 | 86.25 |
| Vision | 3.03 | 69.69 |
| HCRA | 28.85 | 663.55 |

| Tot Before Tx Ded | 81.97 | 1885.31 |
|---|---|---|

**After Tax Deductions**

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay | 504.58 |
|---|---|

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| Vacation | 80.00 | | 33.33 |

©1998, 2006, ADP, Inc. All Rights Reserved.

---

SS# 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
0015 105-60    STR#9625

*MRG INFORMATION CALL Mir 813-360-2715*

REG#15                         STR#9625

INCH NOT RECORDED FOR
ID: 653881

Employee ID:  0653881

PUNCH NOT RECORDED FOR
ID: 653881

5/31/08    12:11

John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

05/31/08    20:11

# TIME IN
DEPT. SELECTED: PHARMACY
EE IS NOT ON FILE

48710946330 9

HUME STORE
9660

# TIME OUT
EMPLOYEE IS NOT ON FILE

EXHIBIT 19-000000001

SS#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
0 DOB 10-5-49    STR#9615

PUNCH NOT RECORDED FOR
    ID: 653881

05/27/08    16:03

TIME IN
DEPT. SELECTED: PHARMACY

OYEE IS NOT ON FILE
*HOME STORE 9660*

*THIS STORE NOT
FIRST TIME
IF YOU NEED
MORE INFORMATION
CALL ME
818-360-2715
Thank you*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

*6*

---

REG#13                              STR#9615

PUNCH NOT RECORDED FOR
    ID: 653881

05/27/08    22:03

TIME OUT
EMPLOYEE IS NOT ON FILE

*1*

---

SS# 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
G#01  DOB= 10-5-49    STR#9576

PUNCH NOT RECORDED FOR
    ID: 653881

05/29/08    17:06

TIME IN
DEPT. SELECTED: PHARMACY
*HOME STORE*
MPLOYEE IS NOT ON FILE    *9660*

*THIS STORE AS IS
NOT 1st TIME
IF YOU NEED MORE
INFORMATION
CALL ME
818-360-2715*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

*5*

---

REG#01                              STR#9576

PUNCH NOT RECORDED FOR
    ID: 653881

05/29/08    22:07

TIME OUT
EMPLOYEE IS NOT ON FILE

*λ*

---

SS# 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
DOB 10-5-49    STR#9625

UNCH NOT RECORDED FOR
    ID: 653881

05/31/08    12:11

TIME IN
DEPT. SELECTED: PHARMACY
*HOME STORE*
YEE IS NOT ON FILE    *9660*

*IF YOU NEED
MORE
INFORMATION
CALL ME
818-360-2715
Thank you*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

*8*

---

REG#15                              STR#9625

PUNCH NOT RECORDED FOR
    ID: 653881

05/31/08    20:11

TIME OUT
EMPLOYEE IS NOT ON FILE

*8*

EXHIBIT 19-000000002

*16*

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS     007786-007786
1 CVS Drive
Woonsocket, RI 02895

*22*

*NC* **Earnings Statement**

| | |
|---|---|
| Period Ending: | 06/14/2008 |
| Check Date: | 06/20/2008 |
| Check Number: | 02765222 |
| Batch Number: | MAIL AK25 |

Page 001 of 001

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:        M/ 2/
Work State: CA    M/ 2/
Res State:  CA    M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 6.10 | 326.35 | | 13893.95 |
| Meal Prem | 1.00 | 53.50 | | 642.00 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 7.10 | 379.85 | 17037.62 |
| Federal Wages* | | | 328.77 | 15050.15 |
| *Includes Taxable Benefits | | | 9.44 | 18.88 |

**Tax Deductions**

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 4.03 | 1212.18 |
| FICA / SS | 20.38 | 933.11 |
| FICA / Med | 4.77 | 218.23 |
| State Tax CA | | 208.66 |
| State Disability CA | 2.55 | 120.25 |

| Total Tax Deductions | 31.73 | 2692.43 |
|---|---|---|

**Message(s):**
Send Requests for Unemployment Information to 1 CVS Dr.,
Woonsocket, RI 02895. For Verification Call 800-996-7566
Checks may be cashed at any BOA branch without charge.
Celebrate Summer!  Employee Appreciation Day, Saturday
June 21st | all Employees save 30%.  See Mgr for Details.

| Before Tax Ded | Current | YTD |
|---|---|---|
| Anthem HMO | 53.72 | 1173.26 |
| Dental | 3.83 | 93.91 |
| Vision | 2.97 | 75.63 |
| HCRA | | 663.55 |

| Tot Before Tx Ded | 60.52 | 2006.35 |
|---|---|---|

**After Tax Deductions**

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay | | 287.60 |
|---|---|---|

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| Vacation | 80.00 | | 33.33 |

©1998, 2005, ADP, Inc. All Rights Reserved.

◄ TEAR HERE

STR#9616

STR#9615     *IF YOU NEED INFORMATION CALL ME 818-360-2915*     REG#14

G#20

**PUNCH NOT RECORDED FOR ID: 653881**

06/14/08   08:59
**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

4871094933019

**PUNCH NOT RECORDED FOR ID: 653881**

*10*  06/14/08   19:01
**TIME OUT**

EMPLOYEE IS NOT ON FILE

*10*

EXHIBIT 20  000000001

6-14

SS 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
106 *DOB 10-5-49*    STR#9675

PUNCH NOT RECORDED FOR
ID: 653881

06/10/08    16:09

TIME IN    *9660*
DEPT SELECTED: PHARMACY *HOMESTORE*
...OYEE IS NOT ON FILE

*THIS ̶H̶E̶R̶D̶ IS NOT 1st
TIME.
IF YOU NEED ANY
INFORMATION
CALL ME
818-360-2715*

Employee ID: 0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN
4871094833019    *6*

REG#13    STR#9675

PUNCH NOT RECORDED FOR
ID: 653881

06/10/08    22:12

TIME OUT

EMPLOYEE IS NOT ON FILE

02    STR#9658

PUNCH NOT RECORDED FOR
ID: 653881

06/11/08    16:12

TIME IN
DEPT. SELECTED: PHARMACY

LOYEE IS NOT ON FILE

*HBD
YOU HAVE ALREADY
INFORMATION
IF YOU NEED
MORE.
CALL ME
818-360-2715*

Employee ID: 0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN
4871094833019    *6*

STR#9658

PUNCH NOT RECORDED FOR
ID: 653881

06/11/08    22:12

TIME OUT

EMPLOYEE IS NOT ON FILE

20    STR#9615

PUNCH NOT RECORDED FOR
ID: 653881

06/14/08    08:59

TIME IN
DEPT. SELECTED PHARMACY

EMPLOYEE IS NOT ON FILE

*THIS IS NOT
1st TIME.
IF YOU NEED
INFORMATION
CALL ME
818-360-2715*

Employee ID: 0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN
4871094833019

REG#14    STR#9615

PUNCH NOT RECORDED FOR
ID: 653881

*10*  06/14/08    19:01

TIME OUT

EMPLOYEE IS NOT ON FILE

*(10)*

EXHIBIT 20-000000002



*10*

**CVS Rx Services, Inc.**
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007616-007616  *NC*
*18*
*18*

# Earnings Statement

Page 001 of 001
Period Ending: 06/21/2008
Check Date: 06/27/2008
Check Number: 02838273
Batch Number: MAIL AK26

John Kim
PO Box 7282
Mission Hills, CA 91346

Employee ID: 0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State: CA    M/ 2/
Res State: CA     M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 8.00 | 428.00 | 14321.95 |
| Meal Prem | | 1.00 | 53.50 | 695.50 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 9.00 | 481.50 | 17519.12 |
| Federal Wages* | | | 430.42 | 15480.57 |
| *Includes Taxable Benefits | | | 9.44 | 28.32 |

**Tax Deductions**

| Before Tax Ded | Current | YTD |
|---|---|---|
| Anthem HMO | 53.72 | 1226.98 |
| Dental | 3.83 | 97.74 |
| Vision | 2.97 | 78.60 |
| HCRA | | 663.55 |
| Tot Before Tx Ded | 60.52 | 2066.87 |

**After Tax Deductions**

---

SS# 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
DOB 10-5-49
REG#01      HIRE SINCE  6/6/99660   STR#9850

PUNCH NOT RECORDED FOR
ID: 653881

06/21/08   08:58

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*10*

---

REG#14                    STR#9850

PUNCH NOT RECORDED FOR
ID: 653881

06/21/08   19:17

TIME OUT

EMPLOYEE IS NOT ON FILE

---

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||
4871094933019

*They called me*
*got all*
*information*
*already.*
*if you need again*
*call 818-360-2915*

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA 91346

EMPLOYEE NAME: JOHN

|||||||||||||||||||||
4871094933019

---

REG#20                    STR#9615

PUNCH NOT RECORDED FOR
ID: 653881

06/15/08   10:15

TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*8*

---

REG#13                    STR#9615

PUNCH NOT RECORDED FOR
ID: 653881

06/15/08   18:15

TIME OUT

EMPLOYEE IS NOT ON FILE

*8*

EXHIBIT 21-000000001



**CVS Rx Services, Inc.**
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007829-007829

## Earnings Statement

Page 001 of 001
Period Ending:    06/28/2008
Check Date:    07/03/2008
Check Number:    02915992
Batch Number:    MAIL AK27

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:        M/ 2/
Work State:  CA    M/ 2/
Res State:   CA    M/ 2/

*15*

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 6.00 | 321.00 | | 14642.95 |
| Meal Prem | 1.00 | 53.50 | | 749.00 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

**Other Earnings**

| Total | | 53.50 | 7.00 | 374.50 | 17893.62 |
|---|---|---|---|---|---|
| Federal Wages* | | | | 323.42 | 15803.99 |
| *Includes Taxable Benefits | | | | 9.44 | 37.76 |

**Tax Deductions**

| Before Tax Ded | Current | YTD |
|---|---|---|
| Anthem HMO | 53.72 | 1280.70 |
| Dental | 3.83 | 101.57 |
| Vision | 2.97 | 81.57 |
| HCRA | | 663.55 |
| Tot Before Tx Ded | 60.52 | 2127.39 |

**After Tax Deductions**

SSN 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
G#10  DUB  10-5-07
HOME-STORE 9660    STR#4792

IF YOU NEED
MORE INFORMATION — — — — —
CALL ME
818-360-2715

REG#07                                STR#4792

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**06/22/08    13:03**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*8*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**06/22/08    21:04**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

THIS INPUT JUST
TIME IF YOU
NEED ANY
INFORMATION
CALL ME
Thank you!
818-360-2715

G#06                  STR#9676

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**06/25/08    15:02**

**TIME IN**
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*7*

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

4871094933019

REG#13                  STR#9676

**PUNCH NOT RECORDED FOR**
**ID: 653881**

**06/25/08    22:03**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

EXHIBIT 22-000000001



**CVS Rx Services, Inc.**
MAIL A STR 0000
Return to: CVS
1 CVS Drive
Woonsocket, RI 02895

007807-007807

*NC*

*14*

# Earnings Statement

Page 001 of 001

| | |
|---|---|
| Period Ending: | 07/12/2008 |
| Check Date: | 07/18/2008 |
| Check Number: | 03079443 |
| Batch Number: | MAIL AK29 |

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State: CA   M/ 2/
Res State:  CA   M/ 2/

John Kim
PO Box 7282
Mission Hills, CA 91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 6.00 | 321.00 | | 15461.50 |
| Meal Prem | 1.00 | 53.50 | | 856.00 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 7.00 | 374.50 | 16819.17 |
| Federal Wages* | | | 374.50 | 16729.54 |
| *Includes Taxable Benefits | | | | 37.76 |

**Tax Deductions**

| Before Tax Ded | Current | YTD |
|---|---|---|
| Medical | | 1280.70 |
| Dental | | 101.57 |
| Vision | | 81.57 |
| HCRA | | 663.55 |

| Tot Before Tx Ded | 0.00 | 2127.39 |
|---|---|---|

**After Tax Deductions**

SS#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
DOB 10-5-49
HOME STORE 9660   STR#9677
01

PUNCH NOT RECORDED FOR
ID: 653881

**07/06/08   10:06**

**TIME IN**

DEPT. SELECTED: PHARMACY

EE IS NOT ON FILE

IF YOU NEED
MORE INFORMATION
CALL ME
818-360-2715
Thank you.

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN

4871094933019

*8*

REG#13                          STR#9677

PUNCH NOT RECORDED FOR
ID: 653881

**07/06/08   18:06**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

REG#03                          STR#9783

PUNCH NOT RECORDED FOR
ID: 653881

**07/10/08   16:02**

**TIME IN**

DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA 91346
EMPLOYEE NAME: JOHN

4871094933019

*6*

REG#9                          STR#9783

PUNCH NOT RECORDED FOR
ID: 653881

**07/10/08   22:02**

**TIME OUT**

EMPLOYEE IS NOT ON FILE

save money, earn rewards, see back for details.

EXHIBIT 23-000000001

**5**

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS        007514-007514
1 CVS Drive
Woonsocket, RI 02895

*10*

*NC*

*10*

# Earnings Statement

| | |
|---|---|
| Period Ending: | Page 001 of 001 |
| Check Date: | 07/19/2008 |
| Check Number: | 07/25/2008 |
| Batch Number: | 03151046 |
| | MAIL AK30 |

John Kim
PO Box 7282
Mission Hills, CA  91346

Employee ID:  0653881
Tax Marital/Exemptions & Allowances/Addl Tax
Federal:          M/ 2/
Work State:  CA   M/ 2/
Res State:   CA   M/ 2/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | | 5.00 | 267.50 | 15729.00 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 872.67 |
| Bonus | | | | 1094.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| Medical | | 1280.70 |
| Dental | | 101.57 |
| Vision | | 81.57 |
| HCRA | | 663.55 |

| Tot Before Tx Ded | 0.00 | 2127.39 |
|---|---|---|

Other Earnings

| Total | 53.50 | 5.00 | 267.50 | 19086.67 |
|---|---|---|---|---|
| Federal Wages* | | | 267.50 | 16997.04 |
| *Includes Taxable Benefits | | | | 37.76 |

**After Tax Deductions**

Tax Deductions
Federal Income Tax

*SS# 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*
*DOB 10-5-47*
*10-5-47*        S1R#9675

*THIS IN NOT*
*1st TIME*
*IF YOU HAVE*
*ANY QUESTION*
*CALL ME*
*818-360-2715*

*4rM 8*
*STORE*
*9660*

#04

PUNCH NOT RECORDED FOR
ID: 653881

07/15/08    17:09

TIME IN

DEPT. SELECTED  PHARMACY

LOYEE IS NOT ON FILE

REG#13                    STR#9675

PUNCH NOT RECORDED FOR
ID: 653881

07/15/08    22:09

TIME OUT

EMPLOYER IS NOT ON FILE

Employee ID:  0653831
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*5*

*SS# 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*
*DOB 10-5-47*
*HANG STORE 9660*   STR#9785
REG#01

PUNCH NOT RECORDED FOR
ID: 653881

07/18/08    17:01

TIME IN

DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE

*ANY QUESTION*
*CALL ME*
*818-360-2715*

save money. earn rewards. see back for details.

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN
4871094933019

*5*

REG#13                    STR#9785

PUNCH NOT RECORDED FOR
ID: 653881

07/18/08    22:01

TIME OUT

EMPLOYEE IS NOT ON FILE
EXHIBIT 24-000000001

:30    ● NC    ● **Earnings Statement**

**CVS**

CVS Rx Services, Inc.
MAIL A STR 0000
Return to: CVS    007726-007726
1 CVS Drive
Woonsocket, RI 02895

17:40

| | | |
|---|---|---|
| Period Ending: | 07/26/2008 | Page 001 of 001 |
| Check Date: | 08/01/2008 | |
| Check Number: | 03227100 | |
| Batch Number: | MAIL AK31 | |

Employee ID: 0653881
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:        M/ 2/
  Work State:  CA  M/ 2/
  Res State:   CA  M/ 2/

John Kim
PO Box 7282
Mission Hills, CA  91346

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 16.20 | | 866.70 | 16595.70 |
| Meal Prem | 1.00 | | 53.50 | 909.50 |
| Overtime | | | | 642.00 |
| Vacation | | | | 749.00 |
| Extra Pay | | | | 16.67 |
| Bonus | | | | 1094.00 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| Medical | | 1280.70 |
| Dental | | 101.57 |
| Vision | | 81.57 |
| HCRA | | 663.55 |

| | | | |
|---|---|---|---|
| Tot Before Tx Ded | 0.00 | 2127.39 | |

| Other Earnings | | | | |
|---|---|---|---|---|
| Total | 53.50 | 17.20 | 920.20 | 20006.87 |
| Federal Wages* | | | 920.20 | 17917.24 |
| *Includes Taxable Benefits | | | | 37.76 |

**After Tax Deductions**

**Tax Deductions**

| | Current | YTD |
|---|---|---|
| Federal Income Tax | 79.81 | 1344.55 |
| FICA / SS | 57.05 | 1110.87 |
| FICA / Med | 13.34 | 259.80 |
| State Tax CA | 12.71 | 223.45 |
| State Disability CA | 7.37 | 143.04 |

| | | |
|---|---|---|
| Total Tax Deductions | 170.28 | 3081.71 |

| | | |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |

| | |
|---|---|
| Net Pay | 749.92 |

**Message(s):**
Send Requests for Unemployment Information to
1 CVS Dr., Woonsocket, RI 02895.
Checks may be cashed at any B of A branch without charge.
Employment Verification Call The Work Number 800-996-7566

**Time Off Summary**

| | Full Yr. | Used | Earned |
|---|---|---|---|
| Vacation | 80.00 | | 46.67 |

©1998, 2006, ADP, Inc. All Rights Reserved.

EMPLOYEE IS NOT ON FILE

IF YOU NEED MORE INFORMATION CALL ME 818-360-2715

DOB 10-5-49
REG#01 SS 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 STR#9580

PUNCH NOT RECORDED FOR
(ID: 653881)
07/24/08  16:20
TIME IN
DEPT. SELECTED: PHARMACY
HOME STORE

Employee ID:  0653881
John Kim
PO Box 7282
Mission Hills, CA  91346
EMPLOYEE NAME: JOHN

REG#13    STR#9580

PUNCH NOT RECORDED FOR
ID: 653881
07/24/08  22:00
TIME OUT
EMPLOYEE IS NOT ON FILE
EXHIBIT 25-000000001

**STR#978**

```
PUNCH NOT RECORDED FOR
    ID: 653881

07/23/08   16:54
      TIME IN
DEPT. SELECTED: PHARMACY

OYEE IS NOT ON FILE
```

save money, earn rewards. see back

r details.

5

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN
4871094893019

**REG#19**                    **STR#978**

```
    EMPLOYEE
    JOHN KIM

07/23/08   21:56
     TIME OUT
PUNCH WAS COMPLETED SUCCESSFULLY
```

1 rewards, see back for details.  save money, e

---

*THIS IS NOT*
*1st TIME.*

*I WORKED*
*7-24-08*
*ph# 818-360-2715*

**EG#01**              **STR#9580**

```
PUNCH NOT RECORDED FOR
   ID: 653881

07/26/08   11:58
     TIME IN
DEPT. SELECTED: PHARMACY

EMPLOYEE IS NOT ON FILE
```

Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN
4871094893019

**REG#19**                  **STR#9580**

```
PUNCH NOT RECORDED FOR
    ID: 653881

07/26/08   19:00
     TIME OUT
EMPLOYEE IS NOT ON FILE
```

*IF YOU NEED*
*MORE INFORMATION*
*CALL ME*
*818-360-2715*

```
DOB  10-5-49
SS  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   STR#9580
REG#01
```

```
PUNCH NOT RECORDED FOR
  [ ID: 653881 ]

07/24/08   16:20
     TIME IN
DEPT. SELECTED: PHARMACY
              HOME STORE
```

8
Employee ID:  0653881

John Kim
PO Box 7282
Mission Hills, CA  91346

EMPLOYEE NAME: JOHN

**REG#13**                **STR#9580**

```
PUNCH NOT RECORDED FOR
    ID: 653881

07/24/08   22:00
     TIME OUT
EMPLOYEE IS NOT ON FILE
  EXHIBIT 25-000000002
```

# HARRIS & RUBLE
## ATTORNEYS AND COUNSELORS AT LAW

**SOUTHERN CALIFORNIA OFFICE:**

5455 WILSHIRE BLVD., SUITE 1800
LOS ANGELES, CA 90036
TELEPHONE: 323.931.3777

FAX: 323.931.3366
www.harrisandruble.com

ALAN HARRIS
MARCELLA RUBLE*
———
LISA OWEN**
JONATHAN RICASA***
ABIGAIL TREANOR***
DAVID ZELENSKI***
MATTHEW E. KAVANAUGH***

*ADMITTED IN ILLINOIS ONLY
**ADMITTED IN CALIFORNIA & KANSAS ONLY
***ADMITTED IN CALIFORNIA ONLY

**NORTHERN CALIFORNIA OFFICE:**

901 IRWIN STREET
SAN RAFAEL, CA 94901
TELEPHONE: 415.460.5300

DAVID HARRIS ***
Of Counsel
———

**ILLINOIS OFFICE:**

330 WEST MAIN STREET
BARRINGTON, IL 60010
TELEPHONE: 312.543.0967

RICHARD LENG*
Of Counsel

April 28, 2009

VIA CERTIFIED MAIL

Victoria L. Bradshaw
California Labor & Workforce Development Agency
801 K Street, Suite 2101
Sacramento, CA 95814

Re:  John Kim v. CVS Rx Services, Inc., U.S. District Court, Central District of California, Case
No. 09-CV-00046 ODW (VBKx)

Dear Secretary Bradshaw:

Pursuant to the applicable provisions of the California Labor Code Private Attorneys General
Act, John Kim hereby alleges with respect to his employment with CVS Rx Services, Inc., that
they violated provisions of the California Labor Code.  Specifically, Mr. Kim alleges that CVS
Rx Services, Inc., violated sections 201, 202, 203,  204, 226(b), 226.7, 510, 512, 1194 and 2802
of the California Labor Code.  The facts and circumstances concerning the alleged violations are
outlined in the Complaint, which Complaint is enclosed with this correspondence.

Please advise whether you will proceed with an investigation of this matter or whether Mr. Kim
may seek civil-penalty recovery for the alleged violations of the California Labor Code under the
Labor Code Private Attorneys General Act through his private counsel.

Very truly yours,

*Alan Harris*
Alan Harris

EXHIBIT 26-000000001

- 2 -

cc (with enclosure) via certified mail to counsel for CVS Rx Services, Inc.:

Douglas Hart
Sheppard, Mullin, Richter & Hampton, LLP
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071

EXHIBIT 26-000000002